# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **FALLBROOK TECHNOLOGIES INC., et al.,**[1] | Case No. 18-10384 (MFW) |
| Debtors. | Jointly Administered |
| | Objection Deadline: March 19, 2018 at 4:00 p.m. (ET)<br>Hearing Date: March 26, 2018 at 10:30 a.m. (ET) |

## NOTICE OF APPLICATION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COLLATERAL AGENT; (III) COUNSEL TO THE BRIDGE NOTES AGENT; (IV) THE 30 LARGEST UNSECURED CREDITORS OF THE DEBTORS, ON A CONSOLIDATED BASIS, AS FILED WITH THE DEBTORS' CHAPTER 11 PETITIONS; AND (V) ALL PARTIES THAT HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the attached *Debtors' Application for an Order Authorizing the Retention and Employment of Shearman & Sterling LLP as Co-Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **March 19, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801. At the same time, copies of any objections or responses must be served upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **MARCH 26, 2018 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Fallbrook Technologies Inc. (7116); Fallbrook Technologies International Co. (7837); Hodyon, Inc. (1078); and Hodyon Finance, Inc. (5973). The Debtors' principal offices are located at 505 Cypress Creek Road, Suite L, Cedar Park, Texas 78613.

**ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 5, 2018
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Jaime Luton Chapman*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Jaime Luton Chapman (No. 4936)
Betsy L. Feldman (No. 6410)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

SHEARMAN & STERLING LLP
Ned S. Schodek
Jordan A. Wishnew
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8174

*Proposed Counsel to the Debtors
and Debtors in Possession*