## <u>EXHIBIT C</u>

**Shearman & Sterling Engagement Letter**

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE  |  NEW YORK  |  NY  |  10022-6069

WWW.SHEARMAN.COM  |  T +1.212.848.4000  |  F +1.212.848.7179

December 1, 2017

Sharon A. O'Leary
President and Chief Operating Officer
Fallbrook Technologies Inc.
505 Cypress Creek Road
Suite L
Cedar Park TX 78613

Re:  Written Letter of Engagement

We are pleased that Fallbrook Technologies Inc. (**"Fallbrook"**) has decided to engage Shearman & Sterling LLP to provide bankruptcy and restructuring advice and representation.  We are writing to you to explain the scope of the legal services we will provide, the professional fees and expenses we will charge and your right to arbitrate fee disputes in certain circumstances.

## Scope of Legal Services

Shearman & Sterling LLP will represent Fallbrook in connection with its restructuring, including preparation for, and potential commencement of, a bankruptcy case, a sale or recapitalization of the company, or other restructuring transactions.  In this engagement, we will not represent any directors, members, officers, partners, or shareholders of Fallbrook.

Fallbrook has the right to terminate our representation of it by notice to us at any time.  In that event, Fallbrook will be responsible for our fees for work performed, and for costs accrued or incurred by us, prior to our receipt of such notice of termination.

## Professional Fees and Expenses

Professional Fees
We determine our professional fees based principally upon the hourly rates of our lawyers and legal assistants and the number of hours they work.  The current hourly rates for our lawyers range from U.S.$495 for junior associates to U.S.$1,295 for senior partners.  We adjust our hourly rates from time to time, typically annually, to account for inflation and other conditions affecting our practice.

Expenses

ABU DHABI  |  BEIJING  |  BRUSSELS  |  DUBAI  |  FRANKFURT  |  HONG KONG  |  LONDON  |  MENLO PARK  |  MILAN  |  NEW YORK
PARIS  |  ROME  |  SAN FRANCISCO  |  SÃO PAULO  |  SAUDI ARABIA*  |  SHANGHAI  |  SINGAPORE  |  TOKYO  |  TORONTO  |  WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*DR. SULTAN ALMASOUD & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP
NYDOCS02/1138712.2

In addition to professional fees, Fallbrook will also be responsible for expenses incurred by Shearman & Sterling LLP on Fallbrook's behalf, including the cost of travel, computerized legal research, photocopies, and the like. We have attached our *Policy Statement Concerning Charges and Disbursements*, which explains our current expense policy in detail. All third-party invoices in excess of U.S. $5,000 will be passed on from Shearman & Sterling LLP to you for direct payment to the third party.

Payment Terms
Fallbrook is responsible for paying statements presented by Shearman & Sterling LLP within 30 days of receipt.

## Arbitration of Fee Disputes

Pursuant to Part 137 of the Rules of the Chief Administrator of the New York State Supreme Court, Appellate Division, Fallbrook has the right to request binding arbitration of fee disputes if the fee is between $1,000 and $50,000.

* * * * *

Shearman & Sterling LLP is qualified as a limited liability partnership under the laws of the State of Delaware. Under such laws, an obligation of the Firm incurred while the Firm is a limited liability partnership, whether arising in contract, tort or otherwise, is solely the obligation of the Firm, and partners of the Firm are not personally liable, directly or indirectly, by way of indemnification, contribution, assessment or otherwise, for such obligation solely by reason of being or so acting as a partner.

If you have any questions regarding Fallbrook's engagement of Shearman & Sterling LLP or if you wish to discuss any issues regarding the performance of our legal services, please do not hesitate to contact me. Again, we are pleased that you have engaged Shearman & Sterling LLP to represent Fallbrook and we look forward to working with you on this matter.

Sincerely yours,

Attachment: Policy Statement Concerning Charges and Disbursements

## Policy Statement Concerning U.S. Dollar Charges and Disbursements

The expenses that Shearman & Sterling LLP ("S&S") incurs on behalf of clients are billed directly to clients as disbursements in S&S's invoices. S&S negotiates volume discounts where possible and passes these savings along to our clients. Expenses for internal services for which we charge are based on the cost of that service to S&S, including labor, materials, equipment costs, administrative costs and overhead. Our specific disbursement rates are as follows:

### I. Document Preparation

***Secretarial Word Processing:***  S&S does not charge for secretarial word processing.

***Word Processing:***  Word processing of legal documents is charged at either $45 per hour with no additional charge made for word processing services on nights and weekends or charged at the actual overtime hours worked by the word processor.

***Edgarizing:***  Documents requiring conversion and coding for electronic submission to the SEC are charged at $85 per hour.

***Proofreading:***  Proofreading is charged at $40 per hour.

***Binding:***  Velo binding is charged at $3 per binder.

### II. Document Transmission

***Express Mail:***  Where guaranteed timely delivery is required, S&S uses express mail and air courier services with whom we have negotiated volume discounts, which are passed along to our clients.

***Messenger Service:***  S&S generally uses outside messenger services. When internal staff are required to act as messengers, the rate charged for delivery is dependent on the office and the delivery on the destination.

***Facsimile:***  For outgoing faxes, S&S bills $1.50 per page. There is no charge for incoming faxes.

### III. Out-of-Town Travel

Reasonable out-of-town travel costs, such as air, rail, taxi or car service, lodging, car rental, tips and other items associated with travel are billed to clients on whose behalf such costs were incurred. S&S exercises prudence in incurring such expenses. Specific Firm policies for expenditures relating to out-of-town travel include:

***Air Travel:***  Firm lawyers fly coach (economy) for domestic flights and for international flights of up to the number of hours set by the office deemed reasonable for air travel unless free upgrades are available or prior client approval is obtained for a different class. For international

flights, business class may be used or, in exceptional circumstances and with prior client approval, first class.

*Lodging:* Overnight accommodations are booked with hotels with which S&S has a corporate rate. When this is not possible, lawyers stay in hotels suggested by the client or by S&S's travel agent.

*Business Meals:* Meals on business trips may be charged based on per diem rates as set by the local regulatory authority. For non-travel meals, see Meals section (point 7).

## IV.  Local Transportation

Local travel charges include commercial transportation (e.g., car service, taxi or rail) and, when a lawyer's personal car is used, distance traveled, tolls and parking. Specific policies govern how and when a client is charged for these expenses as indicated below.

The charge for personal car usage is dependent upon the local regulation per –mile (or local equivalent) rate allowance plus the cost of tolls and parking.

Local travel for legal and support staff is charged to ensure safe travel to or from the office during hours in which safety is a concern when working specifically for a client. Charges are limited by Firm policy and depend on the form of transportation and distance traveled. Round-trip transportation to the office is charged for attorneys who work weekends and holidays.

## V.  Research Services

Charges for on-line computerized research utilize a negotiated volume discount rate. When applicable, these discounted rates are passed along to our clients. Outside research services are charged at cost.

## VI.  Meals

Business meals with a client are charged at cost. In offices where S&S provides in-house meal service, breakfast, luncheon and dinner meetings with clients are charged based on the costs incurred by our food service vendors.

When overtime, weekend or holiday work is required, clients are charged for the reasonable cost of a meal for attorneys and non-attorneys.

## VII.  Other Internal Charges

*Copying:* Photocopying performed in-house is charged at $0.18 per page for black and white copies and $1.25 per page for color copies. Photocopying projects performed by outside vendors are billed at the rate charged to S&S. Other reprographics (CD and DVD copying, CD burning, binding) is charged at invoiced cost where performed by outside suppliers. Charges for the other reprographics performed internally are set by the office. Special arrangements can be made for unusually large projects.

*Secretarial Services:* S&S does not charge for secretarial time for routine tasks, such as correspondence, filing, travel and/or meeting arrangements, etc. Secretarial overtime is charged at the rate appropriate to the time/day worked for those who must work, on a client's behalf, after normal business hours.

## VIII.  Contract Attorney Fees

When necessary, S&S will use the services of temporary contract attorneys and legal assistants to assist with a client's matter. These services are currently charged at $140 and $90 per hour for contract attorneys and legal assistants, respectively, and are subject to market changes.

## IX.  Other Third-Party Expenses

Examples of other third-party expenses incurred on behalf of clients that are billed directly to clients by the vendor or as disbursements in S&S's invoices (plus Value Added Tax where required) would include:

Professional Fees (including disbursements for outside professional services such as local counsel, accountants and witnesses)

Filing/Court Fees (including disbursements for outside transcribing agencies and courtroom stenographer transcripts)

Other Disbursements (including any other required out-of-pocket expenses incurred for successful completion of a matter)

## X.  Third-Party Expenses Generally

In certain cases, S&S will submit third-party invoices to the client for direct payment by the client to the third party. In the case of third-party expenses incurred by S&S on behalf of a client, S&S charges the client the actual expense invoiced by such third party to S&S (plus Value Added Tax where required). In some cases, S&S may be able to negotiate discounts to the prices charged by third-party vendors. In those cases, S&S will charge the client the discounted price invoiced to S&S. S&S may receive incentive consideration from certain third-party vendors at the end of a calendar year or other specified period based upon S&S's overall volume of business with such vendors during such period. Any such consideration is not tied to specific matters for individual clients but is based upon S&S's overall volume of business with the respective vendors including substantial Firm business not billed to clients. Any such incentives help to defray the expenses incurred by S&S (and not charged to clients) in maintaining the staff and infrastructure to administer the process of tracking and paying expenses on behalf of clients and the carrying costs incurred by S&S (and not charged to clients) in paying expenses on behalf of clients prior to reimbursement by such clients.