| Fill in this information to identify the case: |
|---|

Debtor    Fallbrook Technologies Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   18-10384
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.   **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$0.00

    1b.   **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$203,785,415.61

    1c.   **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$203,785,415.61

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$58,547,912.83

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a.   **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

$0.00

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

**+**    $59,577,078.97

4.   **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

$118,124,991.80

---

**Fill in this information to identify the case:**

Debtor    Fallbrook Technologies Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number    18-10384
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

N/A

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SILICON VALLEY BANK | OPERATING | 3048 | $130,772.21 |
| 3.2. | SILICON VALLEY BANK | UTILITIES ADEQUATE ASSURANCE DEPOSIT ACCOUNT | 8950 | $0.00 |
| 3.3. | WELLS FARGO | OPERATING | 2725 | $333,516.53 |

**4.   OTHER CASH EQUIVALENTS**

N/A

**5    Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$464,288.74

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| Debtor | Fallbrook Technologies Inc. | Case number *(if known)* | 18-10384 |
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | CABLE SERVICES INC. - DEPOSIT FOR OFFICE LEASE AT 505 CYPRESS CREEK | $19,672.00 |
| 7.2. | CITY OF CEDAR PARK - WATER METER DEPOSIT FOR BRUSHY CREEK | $306.72 |
| 7.3. | GUTHRIE LUMBER & DISTRIBUTION CENTERS, INC. - DEPOSIT FOR OFFICE LEASE AT 2620 BRUSHY CREEK LOOP | $16,000.00 |
| 7.4. | ROSEASP - SECURITY DEPOSIT FOR GP HOSTING (ADDITIONAL SECURITY DEPOSIT) | $5,500.00 |
| 7.5. | ROSEASP - SECURITY DEPOSIT FOR GP HOSTING (EQUAL TO FIRST & LAST MONTHS FEES) | $2,750.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | ACCENT TRAVEL - PREPAID TRAVEL | $1,545.60 |
| 8.2. | ANSYS INC. - SOFTWARE UPGRADES AND SUPPORT | $6,143.52 |
| 8.3. | EULER HERMES - ACCOUNTS RECEIVABLE INSURANCE AGREEMENT | $9,745.27 |
| 8.4. | EXPRESS INFORMATION SYSTEMS - ONE YEAR MICROSOFT LICENSE | $16,288.56 |
| 8.5. | MELTWATER - PUBLIC RELATIONS SOFTWARE | $1,573.66 |
| 8.6. | MSC SOFTWARE - MASTERKEY PLUS MAINTENANCE AGREEMENT | $4,027.01 |
| 8.7. | NOVO PLM - WINDCHILL/CREO SERVER MAINTENANCE AGREEMENT | $32,002.39 |
| 8.8. | PATSNAP - PATENT SOFTWARE | $20,178.54 |
| 8.9. | SYNERGY FITNESS - PREPAID SALES ORDER | $16,439.00 |
| 8.10. | WILLIS OF TEXAS - BUSINESS AUTO | $468.96 |
| 8.11. | WILLIS OF TEXAS - COMMERCIAL PROPERTY | $875.85 |
| 8.12. | WILLIS OF TEXAS - DIRECTORS & OFFICERS | $324,668.37 |

| 9 | **Total of Part 2.** | |
|---|---|---|
| | ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $478,185.45 |

**Part 3:  ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| 90 DAYS OLD OR LESS | $2,092,761.27 | - | $0.00 | = ➔ | $2,092,761.27 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

| 12 | **Total of Part 3.** | |
|---|---|---|
| | CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $2,092,761.27 |

**Part 4:  INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:
N/A

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. FALLBROOK (HONG KONG) LIMITED | 100% | | UNKNOWN |
| 15.2. FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 100% | | UNKNOWN |
| 15.3. HODYON, INC. | 100% | | UNKNOWN |
| 15.4. FALLBROOK INTELLECTUAL PROPERTY COMPANY LLC | 97.5% | | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

N/A

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| | UNKNOWN |
|---|---|

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| 19.1. RAW MATERIALS | | $74,444.00 | STANDARD COST | $74,444.00 |
| **20. WORK IN PROGRESS** | | | | |
| N/A | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. FINISHED GOODS | | $577,929.00 | STANDARD COST | $577,929.00 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| N/A | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

| | $652,373.00 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value ___$1,408.00___ Valuation method _Standard cost_    Current value ___$1,408.00___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  Fallbrook Technologies Inc.                    Case number (if known) 18-10384
(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| **33** Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | |

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☒ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 7:  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.  DISPLAY UNIT, CUSTOM | $9,458.14 | STRAIGHT LINE DEPRECATION | $9,458.14 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.  SEE RESPONSE TO 39 | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.  BUDGETING SOFTWARE | $4,037.29 | STRAIGHT LINE DEPRECATION | $4,037.29 |
| 41.2.  BUDGETING SOFTWARE | $3,698.59 | STRAIGHT LINE DEPRECATION | $3,698.59 |
| 41.3.  DELL KACE K1100S HW BASED SYSTEMS MANAGE | $552.48 | STRAIGHT LINE DEPRECATION | $552.48 |
| 41.4.  DELL NETWORKING N2048P,L2,POE+,4X1GBE+2X | $380.56 | STRAIGHT LINE DEPRECATION | $380.56 |
| 41.5.  DELL POWEREDGE R730 SERVER E5-2643 | $12,694.95 | STRAIGHT LINE DEPRECATION | $12,694.95 |
| 41.6.  MIGRATE ADAMS STUDIO PACKAGE TO MASTER K | $924.12 | STRAIGHT LINE DEPRECATION | $924.12 |
| 41.7.  SOFTWARE ASSET | $3,215.18 | STRAIGHT LINE DEPRECATION | $3,215.18 |
| 41.8.  SOLIDWORKS PROFESSIONAL | $8,746.13 | STRAIGHT LINE DEPRECATION | $8,746.13 |

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES<br>N/A | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

| | $43,707.44 |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   2007 DODGE SPRINTER 2500 CARGO VAN - VIN WDOPE745275152302 | $0.00 | STRAIGHT LINE DEPRECATION | $0.00 |
| 47.2.   2008 FORD MUSTANG VIN 1ZVHT82HX85191546 | $0.00 | STRAIGHT LINE DEPRECATION | $0.00 |
| 47.3.   2011 MAGNUM VEHICLE TRAILER VIN 4P5C51821B2159326 | $0.00 | STRAIGHT LINE DEPRECATION | $0.00 |
| 47.4.   2017 CAND TRAILER VIN 5VNBUO814HT79643 ($725) | $0.00 | STRAIGHT LINE DEPRECATION | $0.00 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS<br>N/A | | | |
| **49. AIRCRAFT AND ACCESSORIES**<br>N/A | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   OTHER MACHINERY, FIXTURES AND EQUIPMENT, EXCLUDING FARM EQUIPMENT - SEE EXHIBIT 50.1 | $820,149.82 | STRAIGHT LINE DEPRECATION | $820,149.82 |
| 50.2.   LEASEHOLD IMPROVEMENTS - SEE EXHIBIT 50.2 | $50,204.94 | STRAIGHT LINE DEPRECATION | $50,204.94 |

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

| | $870,354.76 |
|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|--------|------------------------------|----------------------------------|
| | (Name) | |

## Part 9:   REAL PROPERTY

**54.   DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.   ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN), and<br>type of property (for example, acreage,<br>factory, warehouse, apartment or office<br>building), if available | Nature and extent<br>of debtor's<br>interest in<br>property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   CABLE SERVICES, INC., 2026<br>STIERS CT. BATAVIA IL, 65010<br>CYPRESS CREEK LOCATION | LESSOR | $0.00 | N/A | $0.00 |
| 55.2.   GUTHRIE LUMBER &<br>DISTRIBUTION CENTERS, INC.,<br>2620 BRUSHY CREEK LOOP<br>BLDG. B CEDAR PARK, TX 78613<br>BRUSHY CREEK WAREHOUSE | LESSOR | $0.00 | N/A | $0.00 |

**56   Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY
ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

| $0.00 |
|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY

**59.   DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| N/A | | | |
| **61.   INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   HITACHI - NEW WEBSITE FOR NETHERLANDS SALES | $82,735.50 | STRAIGHT LINE<br>DEPRECATION | $82,735.50 |
| 61.2.   WYSIWIG WEBSITE | $1,164.14 | STRAIGHT LINE<br>DEPRECATION | $1,164.14 |
| 61.3.   WYSIWYG NUVINCI WEBSITE | $6,640.45 | STRAIGHT LINE<br>DEPRECATION | $6,640.45 |
| **62.   LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.   GRANT-BACK LICENSE AGREEMENT WITH FALLBROOK<br>INTELLECTUAL PROPERTY COMPANY LLC | UNKNOWN | | UNKNOWN |
| 62.2.   LICENSE AGREEMENT WITH TEAM INDUSTRIES INC. | UNKNOWN | | UNKNOWN |
| 62.3.   LICENSE AGREEMENT WITH VIRYD | UNKNOWN | | UNKNOWN |
| **63.   CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| N/A | | | |
| **64.   OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| N/A | | | |

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**65. GOODWILL**

N/A

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.   $90,540.09

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---
**Part 11:   ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)
INTERCOMPANY DEMAND NOTE (DUE   $14,016,192.88 - $0.00  = →  $14,016,192.88
FROM FALLBROOK TECHNOLOGIES   total face amount   doubtful or uncollectable accounts
INTERNATIONAL CO.)

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)
NET OPERATING LOSS (CARRY FORWARDS)   Tax year 2016   $155,300,000.00
RESEARCH AND DEVELOPMENT CREDITS   Tax year 2016   $2,600,000.00

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

N/A

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

N/A

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

Nature of claim
Amount requested
TAX REFUND DUE ON ACCOUNT OF EQUALIZATION PAYMENT MADE ON BEHALF OF DAVID HANCOCK   UNKNOWN

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

N/A

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

INTERCOMPANY RECEIVABLE FROM FALLBROOK (HONG KONG) LIMITED   $908,160.58
INTERCOMPANY RECEIVABLE FROM HODYON INC.   $26,145,615.41
INTERCOMPANY RECEIVABLE FROM SHANGHAI FALLBROOK TRADING COMPANY, LTD.   $123,235.99

**78 Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.   $199,093,204.86

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $464,288.74 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $478,185.45 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $2,092,761.27 | |
| **83. Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84. Inventory.** *Copy line 23, Part 5.* | $652,373.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $43,707.44 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $870,354.76 | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $90,540.09 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $199,093,204.86 | |
| **91. Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $203,785,415.61 | + 91b $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $203,785,415.61 |

| Fill in this information to identify the case: |
|---|
| Debtor    Fallbrook Technologies Inc. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number    18-10384<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.   1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>ALLAN R. KAMMERER<br><br>**Creditor's mailing address**<br>59 SCENIC OAKS DR. S.<br>BLOOMFIELD HILLS, MI  48304<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this<br>    creditor, and its relative priority.<br>    SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $54,680.72 | UNKNOWN |
| 2.2 | **Creditor's name**<br>ALLISON TRANSMISSION, INC.<br><br>**Creditor's mailing address**<br>ATTN: VP, GENERAL COUNSEL AND<br>SECRETARY<br>ONE ALLISON WAY<br>INDIANAPOLIS, IN  46222<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this<br>    creditor, and its relative priority.<br>    SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $3,280,843.10 | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| **2.3** | **Creditor's name** ALLISON TRANSMISSION, INC., AS AGENT | **Describe debtor's property that is subject to a lien** BRIDGE NOTES | UNKNOWN | UNKNOWN |

**2.3**

**Creditor's name**
ALLISON TRANSMISSION, INC., AS AGENT

**Creditor's mailing address**
ATTN: VP, GENERAL COUNSEL AND
SECRETARY
ONE ALLISON WAY
INDIANAPOLIS, IN  46204

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this
    creditor, and its relative priority.
    SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
BRIDGE NOTES

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

**2.4**

**Creditor's name**
ANDREA S. POLLACK, TRUSTEE OF

**Creditor's mailing address**
THE ANDREA S. POLLACK REVOCABLE
TRUST
3200 CHERRY CREEK DR. S. 210
DENVER, CO  80209

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this
    creditor, and its relative priority.
    SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $218,648.27    Column B: UNKNOWN

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.5**

**Creditor's name**
BANK OF THE WEST EQUIPMENT FINANCE

**Creditor's mailing address**
475 SANSOME ST., 19TH FLOOR
SAN FRANCISCO, CA  94111

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   BANK OF THE WEST - 1
   FIVE-LAKES FINANCIAL, INC. - 2

**Describe debtor's property that is subject to a lien**
1 COMET L3D2 5M 3D MEASUREMENT SYSTEM AND 1 ZONES MIRAMAR 17 DELL E-PORT

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $3,970.92    Value of collateral: UNKNOWN

---

**2.6**

**Creditor's name**
DAVIS AFFILIATES, LLC

**Creditor's mailing address**
110 WEST SEVENTH STREET
SUITE 1000
TULSA, OK  74119

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $328,084.31    Value of collateral: UNKNOWN

---

**2.7**

**Creditor's name**
DEVON ROAD FALLBROOK LLC

**Creditor's mailing address**
170 DEVON ROAD
ESSEX FALLS, NJ  07021

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $628,613.79    Value of collateral: UNKNOWN

Debtor   Fallbrook Technologies Inc.                Case number (if known) 18-10384

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.8**

**Creditor's name**
EQUITY TRUST COMPANY CUSTODIAN

**Creditor's mailing address**
FBO IRA M. LECHNER ROTH IRA
1 EQUITY WAY
WESTLAKE, OH  44145

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218,200.68          UNKNOWN

**2.9**

**Creditor's name**
FIVE-LAKES FINANCIAL, INC.

**Creditor's mailing address**
840 N 3RD STREET
MILWAUKEE, WI  53203

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   The relative priority of creditors is specified on lines 2.5

**Describe debtor's property that is subject to a lien**
1 COMET L3D2 5M 3D MEASUREMENT SYSTEM AND 1 ZONES MIRAMAR 17 DELL E-PORT

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          UNKNOWN

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|--------|------------------------------|----------------------------------|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.10**

**Creditor's name**
GARY L. WEISS, TRUSTEE OF THE

**Creditor's mailing address**
WEISS FAMILY TRUST DATED 6/29/88
P.O. BOX 5000
PMB 231
RANCHO SANTA FE, CA  92067-5000

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $109,137.64     Value of collateral: UNKNOWN

**2.11**

**Creditor's name**
GREATAMERICA LEASING CORPORATION

**Creditor's mailing address**
625 FIRST STREET
CEDAR RAPIDS, IA  52401-2030

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
AVAYA PHONE EQUIPMENT

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $0.00     Value of collateral: UNKNOWN

**2.12**

**Creditor's name**
HAROLD FEDER

**Creditor's mailing address**
P.O. BOX 279
DEL MAR, CA  92014

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $109,361.44     Value of collateral: UNKNOWN

Debtor    Fallbrook Technologies Inc.

_(Name)_

| Part 1: | **Additional Page** |
|---|---|

|  | **Column A** | **Column B** |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | _Do not deduct the value of collateral._ | |

**2.13**

**Creditor's name**
JB&B INVESTMENTS, LLC

**Creditor's mailing address**
1111 NORTHSHORE DRIVE
P-195
KNOXVILLE, TN  37919

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
STATED ASSET AS PER LIEN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN | Column B: UNKNOWN

---

**2.14**

**Creditor's name**
JEFFREY BIRCHAK

**Creditor's mailing address**
1405 33RD STREET
SAN DIEGO, CA  92102-2412

**Creditor's email address**

**Date or dates debt was incurred**
5/26/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $15,616.65 | Column B: UNKNOWN

---

**2.15**

**Creditor's name**
KAYNE CREDIT OPPORTUNITIES FUND (QP), LP

**Creditor's mailing address**
655 MADISON AVENUE, 18TH FLOOR
NEW YORK, NY  10065

**Creditor's email address**

**Date or dates debt was incurred**
1/29/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
AGENT - 12.00% SENIOR SECURED NOTES

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $49,649,587.00 | Column B: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.16**

**Creditor's name**
LAM FINANCIAL HOLDINGS, LTD., LLLP

**Creditor's mailing address**
4350 S. MONACO ST.
DENVER, CO 80237

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $546,620.69 | Column B: UNKNOWN

---

**2.17**

**Creditor's name**
MADISON VENTURES, LLC

**Creditor's mailing address**
ATTN: LEE DAVIS
2400 E. CHERRY CREEK DRIVE SOUTH 406
DENVER, CO 80209

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $218,722.87 | Column B: UNKNOWN

---

**2.18**

**Creditor's name**
MAKINO INC.

**Creditor's mailing address**
ATTN: LISA MURPHY
7680 INNOVATION WAY
MASON, OH 45040-8003

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   WELLS FARGO EQUIPMENT FINANCE, INC. - 1
   MAKINO INC. - 2

**Describe debtor's property that is subject to a lien**
EQUIPMENT LEASE ON VERTICAL MACHINING CENTER

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $0.00 | Column B: UNKNOWN

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|--------|------------------------------|----------------------------------|
| | (Name) | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.19**

**Creditor's name**
NGEN III, L.P.

**Creditor's mailing address**
733 THIRD AVENUE
18TH FLOOR
NEW YORK, NY 10017

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this
　creditor, and its relative priority.
　SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $546,807.18   Value of collateral: UNKNOWN

---

**2.20**

**Creditor's name**
NORMAN E. MURRAY & THUY N. MURRAY, TEN COM

**Creditor's mailing address**
9115 SESH ROAD
CLARENCE CENTER, NY 14032

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this
　creditor, and its relative priority.
　SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $109,361.44   Value of collateral: UNKNOWN

---

**2.21**

**Creditor's name**
PAUL J. HARDER

**Creditor's mailing address**
6230 OLD LAKE SHORE RD
LAKEVIEW, NY 14085

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　Specify each creditor, including this
　creditor, and its relative priority.
　SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $273,403.59   Value of collateral: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that** |
| | | Do not deduct the value of collateral. | **supports this claim** |

**2.22**

**Creditor's name**
PENSCO TRUST COMPANY

**Creditor's mailing address**
FBO MARK MANDEL IRA
520 OCCIDENTAL AVE
SAN MATEO, CA  94402

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$108,764.65     UNKNOWN

---

**2.23**

**Creditor's name**
PENSCO TRUST COMPANY

**Creditor's mailing address**
FBO THOMAS A. KATILIUS IRA
228 THROCKMORTON AVE
MILL VALLEY, CA  94944

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$108,764.65     UNKNOWN

---

**2.24**

**Creditor's name**
PETER LINDER

**Creditor's mailing address**
G2 VINCENZA COURT
55 GUISEPPE CALI STR
TA XBIEX  VBX1424
MALTA

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$108,093.26     UNKNOWN

Debtor  Fallbrook Technologies Inc.                    Case number (if known) 18-10384
        (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.25**

**Creditor's name**
ROBIN GREY

**Creditor's mailing address**
9807 WESTMINSTER GLEN AVE
AUSTIN, TX  78730-3413

**Creditor's email address**

**Date or dates debt was incurred**
5/26/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $35,083.67
Column B: UNKNOWN

---

**2.26**

**Creditor's name**
ROGER J. WOOD

**Creditor's mailing address**
9988 VINCENT ROAD
LEVERING, MI  49755

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,093,241.37
Column B: UNKNOWN

---

**2.27**

**Creditor's name**
RUSSELL H. LEWIS

**Creditor's mailing address**
360 E. DESERT INN RD
LAS VEGAS, NV  89109

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $218,722.87
Column B: UNKNOWN

Debtor    Fallbrook Technologies Inc.
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  | Column A | Column B |
|--|----------|----------|
|  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.28**

**Creditor's name**
RUSSELL HEISE

**Creditor's mailing address**
430 MADISON ST.
DENVER, CO  80206

**Creditor's email address**

**Date or dates debt was incurred**
5/10/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$109,361.44    UNKNOWN

---

**2.29**

**Creditor's name**
SHARON O'LEARY

**Creditor's mailing address**
505 CYPRESS CREEK RD.
SUITE L
CEDAR PARK, TX  78613

**Creditor's email address**

**Date or dates debt was incurred**
5/26/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,360.46    UNKNOWN

---

**2.30**

**Creditor's name**
STEARNS BANK N.A.

**Creditor's mailing address**
500 13TH STREET
P.O. BOX 750
ALBANY, MN  56307

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
STATED ASSET AS PER LIEN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN    UNKNOWN

---

Debtor    Fallbrook Technologies Inc.                                            Case number (if known) 18-10384

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.31 | **Creditor's name**<br>SUNWEST TRUST FBO DOUGLAS COPPOLA IRA<br><br>**Creditor's mailing address**<br>10600 MENAUL BLVED NE<br>ALBUQUERQUE, NM 87112<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this<br>   creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109,361.44 | UNKNOWN |
| 2.32 | **Creditor's name**<br>THE BENJAMIN S. DAVIS 2012 GIFT TRUST<br><br>**Creditor's mailing address**<br>1700 LINCOLN STREET, SUITE 2550<br>DENVER, CO 80203-4502<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this<br>   creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,681.72 | UNKNOWN |
| 2.33 | **Creditor's name**<br>THE HAPKE FAMILY TRUST EST 5/3/91,<br><br>**Creditor's mailing address**<br>JOHN HAPKE, TRUSTEE<br>330 SANTA ANA<br>NEWPORT BEACH, CA 92663<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>   Specify each creditor, including this<br>   creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109,361.44 | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.34 | **Creditor's name**<br>THE LEASING EXPERTS INC.<br><br>**Creditor's mailing address**<br>9710 EAST INDIGO STREET, SUITE 203<br>MIAMI, FL 33157<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>STATED ASSET AS PER LIEN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.35 | **Creditor's name**<br>THE SHANE A. JOHNSON TRUST<br><br>**Creditor's mailing address**<br>DTD APRIL 18, 1997, AS AMENDED,<br>SHANE A. JOHNSON, TTEE<br>P.O. BOX 8880<br>INCLINE VILLAGE, NV 89450<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,340.36 | UNKNOWN |
| 2.36 | **Creditor's name**<br>THE STEPHENIE A. DAVIS 2012 GIFT TRUST<br><br>**Creditor's mailing address**<br>1700 LINCOLN STREET, SUITE 2550<br>DENVER, CO 80203-4502<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/10/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this creditor, and its relative priority.<br>   SEE GLOBAL NOTES | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>BRIDGE NOTE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,681.72 | UNKNOWN |

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|--------|-----------------------------|---------------------------------|
| | (Name) | |

| Part 1: | Additional Page |
|---------|------------------|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.37**

**Creditor's name**
WELLS FARGO EQUIPMENT FINANCE, INC.

**Creditor's mailing address**
733 MARQUETTE AVENUE, SUITE 700
MINNEAPOLIS, MN  55402

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   The relative priority of creditors is specified on lines 2.18

**Describe debtor's property that is subject to a lien**
EQUIPMENT LEASE ON VERTICAL MACHINING CENTER

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    UNKNOWN

**2.38**

**Creditor's name**
WILLIAM G. KLEHM, III

**Creditor's mailing address**
1716 VALERIA STREET
AUSTIN, TX  78704-4016

**Creditor's email address**

**Date or dates debt was incurred**
5/26/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
   Specify each creditor, including this creditor, and its relative priority.
   SEE GLOBAL NOTES

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
BRIDGE NOTE

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$66,433.49    UNKNOWN

| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $58,547,912.83 |
|--------|---------------------------------------------------------------------------------------------------------------|----------------|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Fallbrook Technologies Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-10384 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>FRANCHISE TAX BOARD<br>P.O. BOX 942857<br>SACRAMENTO, CA 94257-0651<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>2017 CALIFORNIA FRANCHISE TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $0.00 | $0.00 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.4 | **Priority creditor's name and mailing address** | $0.00 | $0.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

MARYLAND OFFICE OF THE COMPTROLLER
ATTN: PETER FRANCHOT, COMPTROLLER
PO BOX 466
ANNAPOLIS, MD  21404-0466

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.5 | **Priority creditor's name and mailing address** | $0.00 | $0.00 |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

STATE OF TEXAS
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
P.O. BOX 149348
AUSTIN, TX  78714-9348

**Date or dates debt was incurred**

**Basis for the claim:**
2017 TEXAS FRANCHISE TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.6 | **Priority creditor's name and mailing address** | $0.00 | $0.00 |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
P.O. BOX 13528, CAPITOL STATION
AUSTIN, TX  78711-3528

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.7 | **Priority creditor's name and mailing address** | $0.00 | $0.00 |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

WILLIAMSON COUNTY TAX OFFICE
904 S MAIN STREET
GEORGETOWN, TX  78626

**Date or dates debt was incurred**

**Basis for the claim:**
TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|
| 3.1 **Nonpriority creditor's name and mailing address** | $277.12 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

ABC HOME & COMMERCIAL SERVICES
9475 E HIGHWAY 290
AUSTIN, TX  78724-2303

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>ACUREN INSPECTIONS INC.<br>DBA MM ENGINEERING ASSOCIATES<br>ATTN: KAREN FUENTES<br>P.O. BOX 846313<br>DALLAS, TX  75284-6313<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>ALLISON TRANSMISSION, INC.<br>ATTN: VP, GENERAL COUNSEL AND SECRETARY<br>ONE ALLISON WAY<br>INDIANAPOLIS, IN  46204<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,804,241.57 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>ARROW ELECTRONICS, INC.<br>P.O. BOX 951597<br>DALLAS, TX  75395-1597<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142.51 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>ASCENDANT ENGINEERING SOLUTION, LLC<br>ATTN: MARK C DIGBY, DIRECTOR OF OPERATIONS<br>12303 TECHNOLOGY BOULEVARD<br>SUITE 925<br>AUSTIN, TX  78727<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,357.99 |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>AT&T LONG DISTANCE (CAROL STREAM, IL)<br>P.O. BOX 5017<br>CAROL STREAM, IL  60197-5017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.84 |

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $192.17 |
|---|---|---|---|
| | ATMOS ENERGY P.O. BOX 790311 ST. LOUIS, MO 63179-0311 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $328,303.63 |
|---|---|---|---|
| | AUS LLC ATTN: RUSSELL LEWIS 360 E. DESERT INN ROAD 1802 LAS VEGAS, NV 89109 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CONVERTIBLE NOTE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $332.48 |
|---|---|---|---|
| | BERT THE SPIDER, LLC ATTN: DAVID HASSAN, MEMBER 4013 KIRKPATRICK LANE SUITE 100 FLOWER MOUND, TX 75028 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE DEBT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55.39 |
|---|---|---|---|
| | BIKE FUN INT'L ATTN: IVO PITR AREAL TATRY 14452 KOPRIVNICE CZ-742 21 CZECH REPUBLIC | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CREDIT DUE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $191.34 |
|---|---|---|---|
| | BUTCHERS & BICYCLES ATTN: MORTEN WAGENER SLAGTEHUSGADE 5A KODBYEN COPENHAGEN V 1715 DENMARK | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** CREDIT DUE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor   Fallbrook Technologies Inc.   Case 18-10384-MFW   Doc 126   Filed 03/26/18   Case number (if known) 18-10384   Page 28 of 111

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $435.91 |

C.H. POWELL COMPANY
P.O. BOX 75303
CHARLOTTE, NC 28275-0303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,053.57 |

CABLE SERVICES, INC.
2026 STIERS CT.
BATAVIA, IL 60510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,454.83 |

CAPITAL CITY JANITORIAL INC
ATTN: KEITH SANCHEZ
2420 PATTERSON INDUSTRIAL DR
PFLUGERVILLE, TX 78660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,284.21 |

CHAMPIONS MACHINE TOOL SALES INC
1151 E CYPRESSWOOD
SPRING, TX 77373

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $220,336.36 |

DANA HOLDING CORPORATION
5900 183A TOLL ROAD
LEANDER, TX 78641

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**
DANIEL DAWE
11525 HEATHROW DR
AUSTIN, TX 78759-4427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUPPLEMENTAL WORKFORCE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,214.20

---

**3.18** | **Nonpriority creditor's name and mailing address**
DARREN LEWIS
908 WINDSOR ROAD
VIRGINIA BEACH, VA 23451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUPPLEMENTAL WORKFORCE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.19** | **Nonpriority creditor's name and mailing address**
DESIREE MINCARELLI
4 AV. DES LIGURES
MONTECARLO 98000
MONACO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$506,982.97

---

**3.20** | **Nonpriority creditor's name and mailing address**
DHL EXPRESS (USA) INC.
16592 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,244.66

---

**3.21** | **Nonpriority creditor's name and mailing address**
DIGI-KEY CORPORATION
ATTN: LYNN KARTES MALE
P.O. BOX 250
THIEF RIVER FALLS, MN 56701-0250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$642.98

---

Debtor    Fallbrook Technologies Inc.    Case number (if known) 18-10384

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.22

**Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL, LLC
P.O. BOX 842282
BOSTON, MA  02284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,674.36

### 3.23

**Nonpriority creditor's name and mailing address**

E GO MOBILE AG
ATTN: FRAUKE KORDTOMEIKEL
CAMPUS-BOULEVARD 30
AACHEN  52074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,108.12

### 3.24

**Nonpriority creditor's name and mailing address**

EBIKE ADVANCED TECHNOLOGIES
ATTN: HERR S. SCHOTZ
HAINER TRIFT 15
DREIEICH  63303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,483.76

### 3.25

**Nonpriority creditor's name and mailing address**

EBPG GMBH
ATTN: HERR T. MARTINEZ
LUDWIG HUTTNERSTRASSE 5-7
WALDERSHOF  95679

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,113.46

### 3.26

**Nonpriority creditor's name and mailing address**

EUROPA HOUSE / RWS GROUP -
TRANSLATIONS LTD.
CHILTERN PARK, CHILTERN HILL
CHALFONT ST. PETER
BUCKS  SL9 9FG
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,789.49

| Part 2: | Additional Page |
| --- | --- |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,850.49

EXPEDITORS INTERNATIONAL BV
8000 CENTRE PARK DR., SUITE 150
AUSTIN, TX  78754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,365.67

EXPRESS INFORMATION SYSTEMS, INC.
P.O. BOX 691261
SAN ANTONIO, TX  78269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,529,390.17

FALLBROOK INTELLECTUAL PROPERTY COMPANY LLC
505 CYPRESS CREEK ROAD
SUITE L
CEDAR PARK, TX  78613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $683.34

FEDEX (DALLAS, TX)
P.O. BOX 660481
DALLAS, TX  75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $960.00

GEORGE LOWE ASSOCIATES, LLC
ATTN: GEORGE LOWE
5120 JEKINS COVE
AUSTIN, TX  78730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

|  | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>GINTZLER INTERNATIONAL<br>ATTN: LISA BLAHUT<br>951 HWY 183 NORTH<br>LIBERTY HILL, TX 78642<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,699.25 |

| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>GROUP TRANSPORTATION SERVICES, INC.<br>P.O. BOX 74785<br>CHICAGO, IL 60694-4785<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $245.94 |

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>GUTHRIE LUMBER & DISTRIBUTION CENTERS, INC<br>ATTN: GREG GUTHRIE<br>3300 GONZALES ST<br>AUSTIN, TX 78702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,285.71 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES<br>C/O SANJAY ENTERPRISES I LTD<br>10811 PECAN PARK BLVD.<br>AUSTIN, TX 78750<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,812.07 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>HAROLD FEDER<br>P.O. BOX 279<br>DEL MAR, CA 92014<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,837.00 |

| Debtor | Fallbrook Technologies Inc. | Case number (if known) 18-10384 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169.66
Check all that apply.

HERMANN HARJE KG
ATTN: KARLHEINZ WOHLERS
DEICHSTRASSE 120-122
HOYA  27318
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CREDIT DUE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,621.44
Check all that apply.

HITACHI SOLUTIONS AMERICA LTD
100 SPECTRUM CENTER DR., STE. 350
IRVINE, CA  92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,013,548.34
Check all that apply.

HODYON FINANCE, INC.
505 CYPRESS CREEK ROAD
SUITE L
CEDAR PARK, TX  78613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,558.40
Check all that apply.

HUBSPOT, INC.
P.O. BOX 419842
BOSTON, MA  02241-9842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $735.03
Check all that apply.

ICIMS INC.
29348 NETWORK PLACE
CHICAGO, IL  60673-1294

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,536.33 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

| 3.42 | |
|---|---|
| INTERMEDIA.NET | **As of the petition filing date, the claim is:** |
| P.O. BOX 3988897 | *Check all that apply.* |
| SAN FRANCISCO, CA  94139-8897 | ☐ Contingent |
| | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE DEBT |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

Amount of claim: **$2,536.33**

---

**3.43** — **Nonpriority creditor's name and mailing address**

IRA M. LECHNER AND WINIFRED EILEEN HAAG TRUSTEES
IRA M. LECHNER AND WINIFRED EILEEN HAAG
FAMILY TRUST DTD 12100
19811 4TH PLACE
ESCONDIDO, CA  92029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$270,390.98**

---

**3.44** — **Nonpriority creditor's name and mailing address**

ITALJET SRL
ATTN: MR. TARTARINI
VIA DEL ARTIGIANATOR 7A-7B
OZZANO EMLIA-
BOLOGNA  40064
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$2,000.20**

---

**3.45** — **Nonpriority creditor's name and mailing address**

JLSA ENTERPRIZES LLC
ATTN: JOEL ADCOCK, VICE PRESIDENT
1808 NICHOLAS ZANE DRIVE
CEDAR PARK, TX  78613

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUPPLEMENTAL WORKFORCE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$560.00**

---

**3.46** — **Nonpriority creditor's name and mailing address**

KNOBBE, MARTENS, OLSON  BEAR LLP
12790 EL CAMINO REAL
SAN DIEGO, CA  92130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$19,500.00**

**Part 2:** Additional Page

| | | **Amount of claim** |
|---|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,100.28 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KONINKLIJKE GAZELLE NV
ATTN: THOMAS BOERKAMP
WILHELMINAWEG 8
POSTBUS1, 6950 AA
DIEREN  6951 BP
THE NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,100.28

---

**3.48**

**Nonpriority creditor's name and mailing address**

LEE H. DAVIS LEGACY TRUST
FBO KIMBERLY DAVIS SPERLING
ATTN: LEE DAVIS
1700 LINCOLN STREET, SUITE 2550
DENVER, CO  80203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135,195.49

---

**3.49**

**Nonpriority creditor's name and mailing address**

LEE H. DAVIS LEGACY TRUST
FBO WENDY DAVIS SCHMITZ
ATTN: LEE DAVIS
1700 LINCOLN STREET, SUITE 2550
DENVER, CO  80203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135,195.49

---

**3.50**

**Nonpriority creditor's name and mailing address**

LEE H. DAVIS, TRUSTEE OF THE
LEE H. DAVIS REVOCABLE TRUST DATED 9175
2400 E. CHERRY CREEK SOUTH DRIVE
UNIT 406
DENVER, CO  80209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,016.99

---

**3.51**

**Nonpriority creditor's name and mailing address**

LONGHORN FIRE & SAFETY
4200 S 1ST STREET
AUSTIN, TX  78745

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.34

Debtor    Fallbrook Technologies Inc.    Case number (if known) 18-10384

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,407,813.00 |
|---|---|---|---|

LTS CAPITAL PARTNERS - FALLBROOK VI, LLC
ATTN: RICK INTRATER
104 TIBURON BLVD, SUITE 200
MILL VALLEY, CA 94941

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,635,184.02 |
|---|---|---|---|

LTS CAPITAL PARTNERS - FALLBROOK VII, LLC
ATTN: RICK INTRATER
104 TIBURON BLVD, SUITE 200
MILL VALLEY, CA 94941

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $270,390.98 |
|---|---|---|---|

MADISON VENTURES, LLC
ATTN: LEE DAVIS
2400 E. CHERRY CREEK DRIVE SOUTH 406
DENVER, CO 80209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $326.29 |
|---|---|---|---|

MCMASTER-CARR SUPPLY
P.O. BOX 7690
CHICAGO, IL 60680-7690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |
|---|---|---|---|

MILE3 WEB DEVELOPMENT, INC.
9341 MONTEMAR DRIVE
SPRING VALLEY, CA 91977

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | $116,268.00 |

**Nonpriority creditor's name and mailing address**
MILLENNIUM TRUST COMPANY
FBO: MYRON R. PARR TRADITIONAL IRA
FBO: MYRON R. PARR TRADITIONAL IRA
577 W. QUIET SPRINGS DRIVE
ORO VALLEY, AZ 85755

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.58 | **$167.38**

**Nonpriority creditor's name and mailing address**
MOTION INDUSTRIES
ATTN: DANNY STANLEY
16074 CENTRAL COMMERCE DR, BLDG A103
PFLUGERVILLE, TX 78660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.59 | **$341.35**

**Nonpriority creditor's name and mailing address**
MSC INDUSTRIAL SUPPLY
ATTN: SHELBY HAWS
P.O. BOX 953635
ST. LOUIS, MO 63195-3635

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.60 | **$619.95**

**Nonpriority creditor's name and mailing address**
NEWCLOUD NETWORKS
160 INVERNESS DRIVE WEST, SUITE 100
ENGLEWOOD, CO 80112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.61 | **$549,980.76**

**Nonpriority creditor's name and mailing address**
NGEN III, L.P.
ATTN: PETER GRUBSTEIN
733 THIRD AVENUE, 18TH FLOOR
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>NOVO PLM INC.<br>7460 WARREN PARKWAY SUITE 100<br>FRISCO, TX 75034<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,829.49 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>NTT DATA ROMANIA SA<br>ATTN: DANIEL METZ, ADMINISTRATOR<br>19-21 CONSTANTA STREET<br>CLUJ-NAPOCA 400158<br>ROMANIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,454.65 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>OCEAN TOMO, LLC<br>ATTN: ROY DSOUZA<br>200 W. MADISON, 37TH FLOOR<br>ACCOUNTS RECEIVABLE<br>CHICAGO, IL 60606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,218.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>PROTO LABS, INC.<br>DBA PROTOMOLD FIRSTCUT<br>5540 PIONEER CREEK DRIVE<br>MAPLE PLAIN, MN 55359<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,212.01 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY BICYCLE PARTS<br>P.O. BOX 1450, NW6394<br>MINNEAPOLIS, MN 55485-6394<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $798.12 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>RADKUTSCHE GMBH<br>ATTN: STEFAN RICKMEYER<br>LOTSCHACKERSTR.9<br>NEHREN  72147<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CREDIT DUE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,455.67 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>RAGE CYCLES<br>ATTN: PETER PERREAULT<br>2724 N. SCOTTSDALE RD<br>SCOTTSDALE, AZ  85257<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>RESTORATIVE THERAPIES<br>ATTN: ANDREW BARRISKILL<br>1434 FLEET ST<br>BALTIMORE, MD  21231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CREDIT DUE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.88 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>ROUND ROCK WELDING SUPPLY<br>1400 NORTH INDUSTRIAL<br>P.O. BOX 429<br>ROUND ROCK, TX  78680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $87.42 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br><br>SAFESITE, INC.<br>ATTN: DAN TAYLOR, GENERAL MANAGER<br>9505 JOHNNY MORRIS ROAD<br>AUSTIN, TX  78724<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $567.50 |

Debtor    Fallbrook Technologies Inc.    Case number (if known) 18-10384

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.72** | **Nonpriority creditor's name and mailing address** | $202,025.59

SHANGHAI FALLBROOK TRADING COMPANY, LIMITED
UNIT B, ROOM 104 OF BUILDING 6
SHANGHAI ZIZHU SCIENCE-BASED INDUSTRIAL PARK
NO. 555 DONGCHUAN ROAD
SHANGHAI  200241
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | $195.00

SHRED IT USA
81 WALSH DRIVE
PARSIPPANY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | $19,500.00

SILICON VALLEY BANK
3005 TASMAN DRIVE
SANTA CLARA, CA  95056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
P-CARDS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | $160.59

SILS: STRONG IN LOGISTIC SOLUTIONS
IJSSELDIJK 29
APELDOORN  7325 WZ

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | $280.15

SKF USA INC.
P.O. BOX 7247
PHILADELPHIA, PA  19170-8092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>SOLVAY SPECIALTY POLYMERS USA, LLC<br>ATTN: JOHN PAUL SHAY<br>8 CEDAR BROOK DRIVE<br>TAX DEPARTMENT<br>CRANBURY, NJ  08512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $498.85 |

| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>SPARKTECH, INC.<br>1308 CHISHOLM TRAIL, SUITE 105<br>ROUND ROCK, TX  78681<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.41 |

| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES ADVANTAGE<br>P.O. BOX 83689, DEPT DAL<br>CHICAGO, IL  60696-3689<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,086.04 |

| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>STRATASYS DIRECT MANUFACTURING<br>ATTN: GREG REYNOLDS<br>9715 BURNET ROAD, STE A500<br>AUSTIN, TX  78758<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $812.00 |

| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>SYNERGY FITNESS<br>SYNERGY IM PTY LTD<br>40 BLANCK STREET<br>ORMEAU, QLD  4208<br>AUSTRALIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CREDIT DUE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,439.00 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,842.26 |
|---|---|---|---|

3.82 **Nonpriority creditor's name and mailing address**

TANDEM GLOBAL LOGISTICS NETHERLAND BV
VLAARDINGWEG 63
ROTTERDAM  3044 CJ
THE NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,842.26

---

3.83 **Nonpriority creditor's name and mailing address**

TEKTRONIX, INC.
ATTN: DANIELLE CARTER
P.O. BOX 742644
SAN FRANCISCO, CA  90074-2644

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,272.48

---

3.84 **Nonpriority creditor's name and mailing address**

TEXAS DOCUMENT SOLUTIONS
2600 LONGHORN BLVD 102
AUSTIN, TX  78758

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.76

---

3.85 **Nonpriority creditor's name and mailing address**

TEXAS TECHNOLOGIES
P.O. BOX 3878
CEDAR PARK, TX  78630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.50

---

3.86 **Nonpriority creditor's name and mailing address**

THOMSON REUTERS - WEST
PAYMENT CENTER
P.O. POX 6292
CAROL STREAM, IL  60197-6292

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,024.71

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.59

T-MOBILE
P.O. BOX 790047
ST. LOUIS, MO  63179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,049,194.73

TRI STAR SECURITY PTE LTD
50 RAFFLES PLACE
32-01 SINGAPORE LAND TOWER
SINGAPORE  048623
SINGAPORE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

TRI STAR SECURITY PTE LTD
50 RAFFLES PLACE
32-01 SINGAPORE LAND TOWER
SINGAPORE  048623
SINGAPORE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92.55

ULINE
ATTN: ACCOUNTS RECEIVABLE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL  60085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,345.40

UPS (LOS ANGELES)
P.O. BOX 894820
LOS ANGELES, CA  90189-4820

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Fallbrook Technologies Inc.    Case number (if known) 18-10384

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.92**

**Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN (CHICAGO, IL)
28013 NETWORK PLACE
CHICAGO, IL  60673-1280

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.24

---

**3.93**

**Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN (DALLAS,TX)
P.O. BOX 730900
DALLAS, TX  75373-0900

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$712.74

---

**3.94**

**Nonpriority creditor's name and mailing address**

VISIOBIKE
ATTN: ODAK ZLATKO
VOCARSKA CESTA 20.
ZAGREB  100000
CROATIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CREDIT DUE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.55

---

**3.95**

**Nonpriority creditor's name and mailing address**

VITTORIO GRIMALDI
29 RUE DU PORTIER
MONTECARLO  98000
MONACO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$168,993.99

---

**3.96**

**Nonpriority creditor's name and mailing address**

WEISS FAMILY TRUST 62888
P.O. BOX 5000 PMB 231
RANCHO SANTA FE, CA  92067-5000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONVERTIBLE NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$325,407.98

---

Debtor    Fallbrook Technologies Inc.                          Case number (if known) 18-10384
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>WELLS FARGO<br>ATTN: ANDRES VARGAS<br>P.O. BOX 63020<br>SAN FRANCISCO, CA 94163<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE CREDIT CARDS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,959.86 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>WOOLF FAMILY TRUST DATED APRIL 16, 1991<br>5855 OBERLIN DRIVE<br>SAN DIEGO, CA 92121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $171,698.03 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>XAVIER MOSQUET<br>855 SHIRLEY RD<br>BIRMINGHAM, MI 48009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,351,952.91 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>ZONES INC.<br>ATTN: THOMAS FERTIG<br>P.O. BOX 34740<br>SEATTLE, WA 98124-1740<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $827.06 |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | 5a. | $0.00 |
| **5b.** | Total claims from Part 2 | 5b. + | $59,577,078.97 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $59,577,078.97 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Fallbrook Technologies Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-10384 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | NUVINCI AUTHENTIC ARTWORK AGREEMENT DTD 12/20/2007 | AFTERMARKET TECHNOLOGY CORPORATION 1400 OPUS PLACE, SUITE 600 DOWNERS GROVE, IL  60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICES AGREEMENT DTD 5/18/2016 AMENDS SERVICE AGREEMENT DTD 5/18/2015 | AL KAMMERER CONSULTING LLC ATTN: AL KAMMERER, OWNER 59 SCENIC OAKS DRIVE S BLOOMFIELD, MI  48304 |
| | State the term remaining | TERM DATE: 5/18/2019 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL CLOSING AGREEMENT DTD 7/25/2012 | ALLISON TRANSMISSION, INC. ATTN: VP, GENERAL COUNSEL AND SECRETARY ONE ALLISON WAY INDIANAPOLIS, IN  46222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL CLOSING AGREEMENT DTD 7/25/2012 | ALLISON TRANSMISSION, INC. C/O TAFT STETTINIUS & HOLLISTER LLP ATTN: BRADLEY W SCHWER ONE INDIANA SQUARE, STE 3500 INDIANAPOLIS, IN  46204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014<br>RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | ALLISON TRANSMISSION, INC.<br>C/O TAFT STETTINIUS & HOLLISTER LLP<br>ATTN: BRADLEY W SCHWER<br>ONE INDIANA SQUARE, STE 3500<br>INDIANAPOLIS, IN  46204 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM DTD 2/26/2018 MODIFYING CRO ENGAGEMENT AGREEMENT DTD 12/1/2017 | ANKURA CONSULTING GROUP, LLC<br>ATTN: ROY MESSING<br>750 THIRD AVENUE, 28TH FLOOR<br>NEW YORK, NY  10017 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CRO ENGAGEMENT AGREEMENT DTD 12/1/2017 | ANKURA CONSULTING GROUP, LLC<br>ATTN: ROY MESSING<br>750 THIRD AVENUE, 28TH FLOOR<br>NEW YORK, NY  10017 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARMONY MANUFACTURING AGREEMENT DTD 10/25/2013 | APPLIED MICRO ELECTRONICS "AME" BV<br>ATTN: DIRECTOR<br>ESP 100<br>EINDHOVEN  5633 AA<br>THE NETHERLANDS |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARMONY MANUFACTURING AGREEMENT DTD 10/25/2013 | APPLIED MICRO ELECTRONICS "AME" BV<br>ATTN: DIRECTOR<br>ESP 100<br>EINDHOVEN  5633 AA<br>THE NETHERLANDS |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARMONY MANUFACTURING AGREEMENT DTD 10/25/2013 | APPLIED MICRO ELECTRONICS "AME" BV<br>ATTN: DIRECTOR<br>ESP 100<br>EINDHOVEN  5633 AA<br>THE NETHERLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | INCORPORATED INTO HARMONY MANUFACTURING AGREEMENT DTD 10/25/2013 AMENDED AND RESTATED PRODUCT EXHIBIT #2 DTD 8/27/2015 | APPLIED MICRO ELECTRONICS "AME" BV ATTN: MARC F VAN SLOUN ESP 100 EINDHOVEN  5633 AA THE NETHERLANDS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR SERVICES AGREEMENT DTD 10/1/2015 | APPLIED MOTION WORKS LLC ATTN: GREG STEVENSON, PRESIDENT 6000 LA NARANJA LN. AUSTIN, TX  78749 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SUMMARY OF PROPOSED TERMS & CONDITIONS DTD 10/13/2017 $55,000,000 OF SENIOR SECURED NOTES, 15.0% WARRANTS TO PURCHASE COMMON STOCK | ARENA INVESTORS LP ATTN: NEAL HAVERI 405 LEXINGTON AVENUE, 59TH FLOOR NEW YORK, NY  10174 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 11/15/2016 | ASCENDANT ENGINEERING SOLUTIONS LLC ATTN: MARK C DIGBY, DIRECTOR OF OPERATIONS 12303 TECHNOLOGY BOULEVARD SUITE 925 AUSTIN, TX  78727 |
| | **State the term remaining** | TERM DATE: 11/15/2017 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 11/15/2016 PROJECT PLAN # 4 AGREEMENT DTD 9/19/2017 | ASCENDANT ENGINEERING SOLUTIONS LLC ATTN: MARK C DIGBY, DIRECTOR OF OPERATIONS 12303 TECHNOLOGY BOULEVARD SUITE 925 AUSTIN, TX  78727 |
| | **State the term remaining** | TERM DATE: 3/31/2018 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 7/2/2014 PROJECT PLAN # 5 AGREEMENT | ASCENDANT ENGINEERING SOLUTIONS LLC ATTN: MARK C DIGBY, DIRECTOR OF OPERATIONS 12303 TECHNOLOGY BOULEVARD SUITE 925 AUSTIN, TX  78727 |
| | **State the term remaining** | TERM DATE: 12/31/2018 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | AUS LLC ATTN: RUSSELL LEWIS 360 E DESERT INN RD LAS VEGAS, NV  89109 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | AUTOHAUS BRASS DARMSTADT GMBH & CO. KG ATTN: RENE RIEN KASINOSTRASSE 62 DARMSTADT  64293 GERMANY |
| | **State the term remaining** | 5 YEARS THEN YEAR TO YEAR | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT DTD 1/17/2018 | BALLEW, DOUG 4129 MATTIE ST AUSTIN, TX  78723 |
| | **State the term remaining** | TERM DATE: 2/28/2018 | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | BARDOEL, C |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 10/11/2016 | BERT THE SPIDER, LLC D/B/A IP ILLUSTRATION ATTN: DAVID HASSAN, MEMBER 4013 KIRKPATRICK LANE SUITE 100 FLOWER MOUND, TX  75028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 10/11/2016 PROJECT PLAN #2 | BERT THE SPIDER, LLC D/B/A IP ILLUSTRATION ATTN: DAVID HASSAN, MEMBER 4013 KIRKPATRICK LANE SUITE 100 FLOWER MOUND, TX  75028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DTD 10/11/2016 PROJECT PLAN #1 | BERT THE SPIDER, LLC D/B/A IP ILLUSTRATION ATTN: DAVID HASSAN, MEMBER 4013 KIRKPATRICK LANE SUITE 100 FLOWER MOUND, TX 75028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE PROPRIETARY INFORMATION AGREEMENT DTD 10/19/2007 | BIRCHAK, JEFFREY A 1405 33RD STREET SAN DIEGO, CA 92102-2412 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGE COUNTERPARTY TO SERVE AS VP, INTELLECTUAL PROPERTY FOR COMPANY EMPLOYMENT AGREEMENT DTD 4/15/2008 | BIRCHAK, JEFFREY A 1405 33RD STREET SAN DIEGO, CA 92102-2412 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | FW: NUVINCI CYCLING ARTWORK AGREEMENT DTD 4/6/2016 REGARDING TRADEMARK LICENSE FILES | BIRCHAK, JEFFREY A 1405 33RD STREET SAN DIEGO, CA 92102-2412 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | INDEMNIFICATION AGREEMENT DTD 2/10/2009 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | BIRCHAK, JEFFREY A 1405 33RD STREET SAN DIEGO, CA 92102-2412 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 4/15/2008 | BIRCHAK, JEFFREY A 2568 ALBATROSS STREET #3E SAN DIEGO, CA 92101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | BLISS, ROY L. 2201 E. 26TH ST. TULSA, OK 74114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER DTD 2/24/2015 | BRIDGEPOINT CONSULTING ATTN: MONICA L GILL, DIRECTOR 6300 BRIDGEPOINT PARKWAY BUILDING I, SUITE 575 AUSTIN, TX 78730 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | BUKE BIKES / ALLBOARDS CO. 340 AVENUE DU TOURING CLUB DE FRANCE HOSSEGOR 40150 FRANCE |
| | **State the term remaining** | 5 YEARS THEN YEAR TO YEAR | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS PARK LEASE DTD 1/1/2013 | CABLE SERVICES INC ATTN: GARY SMITH 2026 STIERS CT BATAVIA, IL 60510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AMENDMENT OF LEASE AGREEMENT DTD 8/1/2014 AMENDS LEASE AGREEMENT DTD 12/18/2012 | CABLE SERVICES INC ATTN: GARY SMITH 2026 STIERS CT BATAVIA, IL 60510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE EXTENSION OF LEASE AGREEMENT AMENDS LEASE AGREEMENT DTD 12/18/2012 AND AMENDED 7/31/2014 | CABLE SERVICES INC ATTN: GARY SMITH 2026 STIERS CT BATAVIA, IL 60510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | SPACE MODIFICATION AMENDMENT OF LEASE AGREEMENT AMENDS LEASE AGREEMENT DTD 12/18/2012, AMENDED 7/31/2014 AND EXTENDED 11/13/2015 | CABLE SERVICES INC ATTN: GARY SMITH 2026 STIERS CT BATAVIA, IL 60510 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT 3/3/2011 | CABRILLO ADVISORS LLC ATTN: WADE HANSEN, MANAGING DIRECTOR 4320 LA JOLLA VILLAGE DRIVE SUITE 300 SAN DIEGO, CA 92122 |
| | **State the term remaining** | PERPETUAL | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PROJECT PLAN #2 DTD 9/30/2017 AMENDS PROJECT PLAN #2 DTD 9/6/2016 | CAMARENO, KATHERINE 903 CASHEW LANE CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT DTD 9/6/2016 PROJECT PLAN #2 DTD 5/1/2017 | CAMARENO, KATHERINE 903 CASHEW LANE CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO PROJECT PLAN #2 DTD 1/1/2018 AMENDS PROJECT PLAN #2 DTD 9/6/2016, AS AMENDED | CAMARENO, KATHERINE 903 CASHEW LANE CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | JANITORIAL SERVICE AGREEMENT DTD 9/21/17 | CAPITOL CITY JANITORIAL, INC. 2420-B PATTERSON INDUSTRIAL DR. PFLUGERVILLE, TX 78660 |
| | **State the term remaining** | TERM DATE: 10/1/2018 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PERFORMANCE AGREEMENT DTD 5/26/2011 | CEDAR PARK COMMUNITY DEVELOMENT CORPORATION ATTN: BRIAN D RICE, VICE PRESIDENT 450 CYPRESS CREEK ROAD BUILDING I CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | PERFORMANCE AGREEMENT | CEDAR PARK COMMUNITY DEVELOMENT CORPORATION ATTN: BRIAN RICE, CHARIMAN OF THE BOARD 600 N BELL BOULEVARD CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | 4B COMMUNITY DEVELOPMENT CORPORATION PERFORMANCE AGREEMENT DTD 5/26/2011 ADDENDUM TO 4B PERFORMANCE AGREEMENT DTD 9/25/2014 | CEDAR PARK COMMUNITY DEVELOPMENT (4B) CORPORATION ATTN: BRIAN D RICE, VICE PRESIDENT 450 CYPRESS CREEK BUILDING I CEDAR PARK, TX 78613 |
| | **State the term remaining** | TERM DATE: 5/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO 4B PERFORMANCE AGREEMENT DTD 5/26/2011 | CEDAR PARK COMMUNITY DEVELOPMENT (4B) CORPORATION ATTN: BRIAN D RICE, VICE PRESIDENT 450 CYPRESS CREEK BUILDING I CEDAR PARK, TX 78613 |
| | **State the term remaining** | TERM DATE: 5/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | 4B COMMUNITY DEVELOPMENT CORPORATION PERFORMANCE AGREEMENT DTD 5/26/2011 | CEDAR PARK COMMUNITY DEVELOPMENT (4B) CORPORATION ATTN: BRIAN RICE, CHARIMAN OF THE BOARD 600 N BELL BOULEVARD CEDAR PARK, TX 78613 |
| | **State the term remaining** | TERM DATE: 5/31/2019 | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO 4B PERFORMANCE AGREEMENT RELATES TO 4B COMMUNITY DEVELOPMENT CORPORATION PERFORMACE AGREEMENT DTD 5/26/2011 | CEDAR PARK COMMUNITY DEVELOPMENT CORPORATION ATTN: BRIAN RICE 450 CYPRESS CREEK BUILDING I CEDAR PARK, TX 78613 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 4B COMMUNITY DEVELOPMENT CORPORATION PERFORMANCE AGREEMENT DTD 5/26/2011 | CEDAR PARK COMMUNITY DEVELOPMENT CORPORATION<br>ATTN: BRIAN RICE<br>600 NORTH BELL BOULEVARD<br>CEDAR PARK, TX  78613 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO 4B PERFORMANCE AGREEMENT DTD 5/26/2011<br><br>TERM DATE: 5/31/2024 | CEDAR PARK, TEXAS<br>ATTN: MATTEW POWELL, MAYOR<br>450 CYPRESS CREEK<br>BUILDING I<br>CEDAR PARK, TX  78613 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE PAYMENT AGREEMENT DTD 8/24/2017 | CHARLES WORDEN<br>17903 HAYWORTH CV<br>PFLUGERVILLE, TX  78660 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO PERFORMANCE AGREEMENT DTD 5/26/2011 | CITY OF CEDAR PARK, TEXAS<br>ATTN: MATTHEW POWELL, MAYOR<br>450 CYPRESS CREEK ROAD<br>BUILDING I<br>CEDAR PARK, TX  78613 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERFORMANCE AGREEMENT | CITY OF CEDAR PARK, TEXAS<br>ATTN: ROBERT S LEMON, MAYOR<br>600 N BELL BOULEVARD<br>CEDAR PARK, TX  78613 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO PROJECT PLAN #4 DTD 1/1/2018<br>AMENDS PROJECT PLAN #4 DTD 1/13/2015 | COTTON, LARY<br>11644 PARKFIELD DRIVE<br>AUSTIN, TX  78758 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE PROPRIETARY INFORMATION, NON-COMPETE AND NON-SOLICITATION AGREEMENT DTD 2/15/2012 | CRUM, BRIAN R<br>10606 PLUMEWOOD DR<br>AUSTIN, TX  78750-3327 |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGE COUNTERPARTY TO SERVE AS VP, OPERATIONS FOR COMPANY EMPLOYMENT AGREEMENT DTD 2/15/2012 | CRUM, BRIAN R<br>10606 PLUMEWOOD DR<br>AUSTIN, TX  78750-3327 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 3/27/2014 AMENDS EMPLOYMENT AGREEMENT DTD 2/15/2012 | CRUM, BRIAN R<br>10606 PLUMEWOOD DR<br>AUSTIN, TX  78750-3327 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DTD 2/15/2012 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | CRUM, BRIAN R<br>10606 PLUMEWOOD DR<br>AUSTIN, TX  78750-3327 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 2/15/2012 | CRUM, BRIAN R<br>10606 PLUMEWOOD DR<br>AUSTIN, TX  78750-3327 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL CLOSING AGREEMENT DTD 9/10/2012 | DANA LIMITED<br>ATTN: SECRETARY<br>3939 TECHNOLOGY DR<br>MAUMEE, OH  43537 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.59 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GLOBAL CLOSING AGREEMENT DTD 9/10/2012 <br><br>DANA LIMITED<br>C/O WILSON SONSINI GOODRICH & ROSATI, PC<br>ATTN: PAUL R TOBIAS<br>900 S CAPITAL OF TEXAS HIGHWAY, LAS CIMAS, IV, 5TH FL<br>AUSTIN, TX 78746 |
| 2.60 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 <br><br>DAVIS AFFILIATES LLC<br>ATTN: LEE H DAVIS, VICE PRESIDENT<br>110 WEST 7TH ST<br>STE 1000<br>TULSA, OK 74119 |
| 2.61 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEVELOPMENT AGREEMENT DTD APRIL 2004 <br><br>DEERE & COMPANY<br>ATTN: T GLOVIAK<br>PO BOX 8000<br>WATERLOO, IA 50704-8000 |
| 2.62 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO DEVELOPMENT AGREEMENT DTD 9/30/2005 AMENDS DEVELOPMENT AGREEMENT DTD APRIL 2004 <br><br>DEERE & COMPANY<br>ONE JOHN DEERE PLACE<br>MOLINE, IL 61265 |
| 2.63 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DEVELOPMENT AGREEMENT DTD APRIL 2004 <br><br>DEERE & COMPANY<br>ONE JOHN DEERE PLACE<br>MOLINE, IL 61265 |
| 2.64 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOAN AGREEMENT DTD 4/21/2004 ATTACHMENT A OF DEVELOPMENT AGREEMENT <br><br>DEERE & COMPANY<br>ONE JOHN DEERE PLACE<br>MOLINE, IL 61265 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT LETTER DTD 7/26/2012 | DELOITTE TAX LLP<br>ATTN: JOSEPH M SEGORIA<br>655 W BROADWAY<br>STE 700<br>SAN DIEGO, CA  92101-8590 |
| | **State the term remaining** | TERM DATE: 7/26/2020 | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT LETTER DTD 7/26/2012 | DELOITTE TAX LLP<br>ATTN: JOSEPH M SEGORIA<br>655 W BROADWAY<br>STE 700<br>SAN DIEGO, CA  92101-8590 |
| | **State the term remaining** | TERM DATE: 7/26/2020 | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | DESIREE MINCARELLI<br>4 AV. DES LIGURES<br>MONTECARLO  98000<br>MONACO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | DESIREE MINCARELLI<br>4 AV. DES LIGURES<br>MONTECARLO  98000<br>MONACO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE FOR ADVISORY AND INVESTMENT BANKING SERVICES LETTER AGREEMENT DTD 4/27/2017 | DEUTSCHE BANK SECURITIES INC.<br>60 WALL STREET, 4TH FLOOR<br>NEW YORK, NY  10005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | FOR SERVICES TESTING EBIKES WITH REAR ECVP TECH INDEPENDENT CONTRACTOR SERVICES AGREEMENT DTD 1/17/2018 | DEWEY, JORGE<br>3201 ESPERANZA CROSSING #411<br>AUSTIN, TX  78758 |
| | **State the term remaining** | TERM DATE: 2/28/2018 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | EASYBIKE GROUP ATTN: BENOIT DE SUSBIELLE, MARKETING DIRECTOR 55 RUE PIERRE CHARRON PARIS 75008 FRANCE |
| | **State the term remaining** | 5 YEARS THEN YEAR TO YEAR | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | EIRL ALL BOARDS CO / MOULIA ATTN: BERTRAND MOULIA, MANAGER/OWNER 13 JARDINS DU FRAT SEIGNOSSE 40150 FRANCE |
| | **State the term remaining** | 5 YEARS THEN YEAR TO YEAR | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | EQUITY TRUST COMPANY CUSTODIAN FBO, LECHNER ROTH IRA ATTN: IRA M LECHNER, OWNER 1 EQUITY WAY WESTLAKE, OH 44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AND APPLCIATION FOR CREDIT DTD 2/23/2017 | EXPEDITORS INTERNATIONAL OF WASHINGTON INC ATTN: ASHLEY HOPKINS 8206 CROSS PARK DR, SUITE 300 AUSTIN, TX 78754 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF DISTRIBUTION SERVICES | EXPEDITORS 1015 THIRD AVE SEATTLE, WA 98104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | GRANT BACK LICENSE AGREEMENT DTD 7/25/2012 | FALLBROOK INTELLECTUAL PROPERTY COMPANY LLC 505 CYPRESS CREEK RD. SUITE L CEDAR PARK, TX 78613 |
| | **State the term remaining** | PERPETUAL | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT DTD 10/1/2013 NUVINCI PRODUCTS | FALLBROOK TECHNOLOGIES INTERNATIONAL CO<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCOMPANY DEMAND NOTE DTD 4/30/2017<br>RELATES TO SECURITIES PURCHASE AGREEMENT DTD 1/29/2015 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO.<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 11/1/2013 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO.<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014<br>RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | FEDER, HAROLD<br>P.O. BOX 279<br>DEL MAR, CA  92014 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NUVINCI AUTHENTIC ARTWORK AGREEMENT<br>LICENSE GRANT OF "MARKS" LOGO | FELDMEIER BIKE GMBH<br>ZWEIRAD-GROBHANDLUNG<br>AM HEIDACKER 4<br>KELHEIM  93309<br>GERMANY |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT<br>LICENSE GRANT OF "MARKS" LOGO | FIETSNED BV<br>ATTN: BEN VAN KLUF, PRODUCT MANAGER<br>BREDASEWEG 108A<br>OOSTERHOUT  4902 NS<br>THE NETHERLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #1555902-001 DISBURSEMENT AUTHORIZATION | FIVE-LAKES FINANCIAL INC DBA FIVE-LAKES FINANCIAL SERVICES 840 N OLD WORLD THIRST STREET MILWAUKEE, WI 53203 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #1555902-001 | FIVE-LAKES FINANCIAL INC DBA TECH FINANCIAL SERVICES 840 N OLD WORLD THIRST STREET MILWAUKEE, WI 53203 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO EQUIPMENT FINANCE AGREEMENT DTD 12/8/2016 | FIVE-LAKES FINANCIAL INC DBA TECH FINANCIAL SERVICES 840 N OLD WORLD THIRST STREET MILWAUKEE, WI 53203 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO EQUIPMENT FINANCE AGREEMENT DTD 9/26/2016 AMENDS EQUIPMENT FINANCE AGREEMENT #1555902-001 | FIVE-LAKES FINANCIAL INC DBA TECH FINANCIAL SERVICES 840 N OLD WORLD THIRST STREET MILWAUKEE, WI 53203 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT FINANACING AGREEMENT | FIVE-LAKES FINANCIAL INC DBA TECH FINANCIAL SERVICES 840 N OLD WORLD THIRST STREET MILWAUKEE, WI 53203 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017 PROJECT PLAN | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGGSKRAFTMASCHINEN UND THERMODYNAMIK MBH ATTN: ASSOC. PROF. DR. R. KIRCHBERGER INFFELDGASSE 19 GRAZ A-8010 AUSTRIA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017 | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGGSKRAFTMASCHINEN UND THERMODYNAMIK MBH<br>ATTN: ASSOC. PROF. DR. R. KIRCHBERGER<br>INFFELDGASSE 19<br>GRAZ  A-8010<br>AUSTRIA |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017<br>PROJECT PLAN #2 DTD 8/31/2017 | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGGSKRAFTMASCHINEN UND THERMODYNAMIK MBH<br>ATTN: ASSOC. PROF. DR. R. KIRCHBERGER<br>INFFELDGASSE 19<br>GRAZ  A-8010<br>AUSTRIA |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017<br>PROJECT PLAN #3 DTD 2/1/2018<br><br>TERM DATE: 12/31/2018 | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGSKRAFTMASCHINEN UND THERMODYNAMIK MBH<br>ATTN: ASSOC. PROF. DR. R. KIRCHBERGER<br>INFFELDGASSE 19<br>GRAZ  A-8010<br>AUSTRIA |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017 | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGSKRAFTMASCHINEN UND THERMODYNAMIK MBH<br>ATTN: ASSOC. PROF. DR. R. KIRCHBERGER<br>INFFELDGASSE 19<br>GRAZ  A-8010<br>AUSTRIA |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 6/23/2017<br>PROJECT PLAN #3 DTD 2/1/2018<br><br>TERM DATE: 12/31/2018 | FORSCHUNGSGESELLSCHAFT FUR VERBRENNUNGSKRAFTMASCHINEN UND THERMODYNAMIK MBH<br>ATTN: ASSOC. PROF. DR. R. KIRCHBERGER<br>INFFELDGASSE 19<br>GRAZ  A-8010<br>AUSTRIA |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 7/5/2017<br><br>TERM DATE: 7/5/2018 | GRAFIKERORG-JARNO MULLER<br>SOPHIESTRASSE 20<br>JENA  07743<br>GERMANY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 7/5/2017 PROJECT PLAN | GRAFIKERORG-JARNO MULLER SOPHIESTRASSE 20 JENA  07743 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DTD 5/2/2013 STATEMENT OF WORK FOR GLOBAL MOBILITY SERVICES DTD 1/6/2015 | GRANT THORNTON LLP ATTN: LINETTE BARCLAY, MANAGING DIRECTOR 175W JACKSON BOULEVARD 20TH FLOOR CHICAGO, IL  60604-2687 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 1/6/2015 | GRANT THORNTON LLP ATTN: LINETTE BARCLAY, MANAGING DIRECTOR 175W JACKSON BOULEVARD 20TH FLOOR CHICAGO, IL  60604-2687 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE PROPRIETARY INFORMATION, NON-COMPETE AND NON-SOLICITATION AGREEMENT DTD 4/7/2014 | GREY, ROBIN 9807 WESTMINSTER GLEN AVE AUSTIN, TX  78730-3413 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 10/23/2014 AMENDS EMPLOYMENT AGREEMENT DTD 4/1/2014 | GREY, ROBIN 9807 WESTMINSTER GLEN AVE AUSTIN, TX  78730-3413 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNIFICATION AGREEMENT DTD 4/28/2014 | GREY, ROBIN 9807 WESTMINSTER GLEN AVE AUSTIN, TX  78730-3413 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.101   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SECOND AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 4/1/2014 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GREY, ROBIN <br> 9807 WESTMINSTER GLEN AVE <br> AUSTIN, TX 78730-3413 |
| 2.102   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GRIMALDI, VITTORIO <br> 29 RUE DU PORTIER <br> MONTECARLO 98000 <br> MONACO |
| 2.103   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> LEASE AGREEMENT DTD 10/1/2016 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GUTHRIE LUMBER & DISTRIBUTION CENTERS INC <br> ATTN: GREG GUTHRIE <br> 3300 GONZALES ST <br> AUSTIN, TX 78702 |
| 2.104   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> INDEMNIFICATION AGREEMENT DTD 3/1/2011 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HANCOCK, DAVID <br> 800 W 5TH STREET #401 <br> AUSTIN, TX 78703 |
| 2.105   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> EMPLOYEE PROPRIETARY INFORMATION, NON-COMPETE AND NON-SOLICITATION AGREEMENT DTD 1/16/2013 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HANCOCK, DAVID <br> 800 W 5TH STREET #401 <br> AUSTIN, TX 78735 |
| 2.106   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 3/27/2014 AMENDS EMPLOYMENT AGREEMENT DTD 10/1/2012 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HANCOCK, DAVID <br> 800 W 5TH STREET #401 <br> AUSTIN, TX 78735 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 2/1/2017 PROJECT PLAN #1 | HANSMANN PR BRUNNTHALER & GEISLER GBR ATTN: TOBIAS GEISLER, CHIEF EXECUTIVE OFFICER LIPOWSKYSTRABE 15 MUNCHEN  D-81373 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 2/1/2017 PROJECT PLAN #2 DTD 4/15/2017 | HANSMANN PR BRUNNTHALER & GEISLER GBR ATTN: TOBIAS GEISLER, CHIEF EXECUTIVE OFFICER LIPOWSKYSTRABE 15 MUNCHEN  D-81373 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | HAROLD FEDER P.O. BOX 279 1406 CREST RD DEL MAR, CA  92014 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT DETAILS DTD 2/12/2015 | HUBSPOT INC 25 FIRST ST 2ND FL CAMBRIDGE, MA  02141 |
| | **State the term remaining** | TERM DATE: 2/28/2016 | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | NUVINCI AUTHENTIC ARTWORK AGREEMENT TEXT LICENSE GRANT OF "MARKS" LOGO | HUI, K |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PROJECT PLAN #1 DTD 10/26/2017 AMENDS PROJECT PLAN #1 DTD 10/26/2015 | INTELLIGENT STRUCTURES INCOPORATED ATTN: DAVID ROURK, CHIEF EXECUTIVE OFFICER 35546 COUNTY RD 63 COHASSET, MN  55721 |
| | **State the term remaining** | TERM DATE: 12/31/2018 | |
| | **List the contract number of any government contract** | | |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 10/26/2015 PROJECT PLAN #1 DTD 10/26/2015 | INTELLIGENT STRUCTURES INCOPORATED ATTN: DAVID ROURK, CHIEF EXECUTIVE OFFICER 35546 COUNTY RD 63 COHASSET, MN  55721 |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DTD 5/29/2012 | INTRATER, RICHARD L C/O LONG-TERM SOLUTIONS LLC 345 CALIFORNIA ST, #1160 SAN FRANCISCO, CA  94104 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | RELEASE AND INDEMNITY AGREEMENT DTD 10/22/2008 | INTRATER, RICHARD L C/O LONG-TERM SOLUTIONS LLC 345 CALIFORNIA ST, #1160 SAN FRANCISCO, CA  94104 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | IRA M LECHNER AND WINIFRED EILEEN HAAG FAMILY TRUST DTD 1/21/2000 ATTN: IRA M LECHNER, TRUSTEE 19811 4TH PLACE ESCONDIDO, CA  92029 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | IRA M. LECHNER AND WINIFRED EILEEN HAAG TRUSTEES IRA M. LECHNER AND WINIFRED EILEEN HAAG FAMILY TRUST DTD 12100 19811 4TH PLACE ESCONDIDO, CA  92029 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | THREE-PARTY ESCROW SERVICE AGREEMENT DTD 10/5/2012 | IRON MOUNTAIN INTELLECTUAL PROPERTY MANAGEMENT INC ATTN: CLIENT SERVICES 2100 NORCROSS PARKWAY, STE 150 NORCROSS, GA  30071 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.119 **State what the contract or lease is for and the nature of the debtor's interest** AMENDED AND RESTATED INDEMNIFICATION AGREEMENT DTD 4/24/2009 AMENDS AND SUPERSEDES ORIGINAL INDEMNIFICATION AGREEMENT DTD 12/18/2008 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | JACOBS, GARY 13971 BOQUITA DR DEL MAR, CA 92014 |
| 2.120 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DTD 4/1/2014 PROJECT PLAN #1 DTD 4/1/2014 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | JACOBUS CORNELIS WILHELMUS BRANDSEN DIRKJESPEERSTRAAT 16 AALSMEER 1432 LK THE NETHERLANDS |
| 2.121 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DTD 4/1/2014 <br><br> **State the term remaining** TERM DATE: 4/1/2019 <br><br> **List the contract number of any government contract** | JACOBUS CORNELIS WILHELMUS BRANDSEN DIRKJESPEERSTRAAT 16 AALSMEER 1432 LK THE NETHERLANDS |
| 2.122 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DTD 1/24/2017 PROJECT PLAN <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | JEFF WALTERS CONSULTING ATTN: JEFF WALTERS 6337 MEADOWS WAY HILLIARD, OH 43026 |
| 2.123 **State what the contract or lease is for and the nature of the debtor's interest** GENERAL RELEASE AGREEMENT DTD 7/6/2017 SEVERANCE BENEFITS <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | JEREMY CARTER 9612 INDINA HILLS DR AUSTIN, TX 78717-3878 |
| 2.124 **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DTD 11/7/2017 <br><br> **State the term remaining** TERM DATE: 11/7/2019 <br><br> **List the contract number of any government contract** | JLSA ENTERPRISES ATTN: JOEL ADCOCK, VICE PRESIDENT 1808 NICHOLAS ZANE DRIVE CEDAR PARK, TX 78613 |

Debtor    Fallbrook Technologies Inc.
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DTD 2/10/2009 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | KAMMERER, ALLAN R 59 SCENIC OAKS DRIVE SOUTH BLOOMFIELDS HILLS, MI 48304 |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 1/29/2015 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 7/7/2014 | KAYNE CREDIT OPPORTUNITIES FUND (QP) LP 1800 AVENUE OF THE STARS, 3RD FLOOR LOS ANGELES, CA 90067 |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 1/29/2015 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 7/7/2014 | KAYNE CREDIT OPPORTUNITIES FUND LP 655 MADISON AVENUE, 18TH FLOOR NEW YORK, NY 10065 |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | KAYNE CREDIT OPPORTUNITIES FUND LP ATTN: MICHAEL O'NEIL, AUTHORIZED SIGNATORY 655 MADISON AVENUE, 18TH FLOOR NEW YORK, NY 10065 |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | KAYNE CREDIT OPPORTUNITIES FUND QP LP ATTN: MICHAEL O'NEIL, AUTHORIZED SIGNATORY 1800 AVENUE OF THE STARS, 3RD FLOOR LOS ANGELES, CA 90067 |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/3/2017 | KINLAW, SHERYL 550 MOHAWK DR APT 56 BOULDER, CO 80303-3775 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 1/3/2017 | KINLAW, SHERYL 550 MOHAWK DR APT 56 BOULDER, CO  80303-3775 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNIFICATION AGREEMENT DTD 1/3/2017 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | KINLAW, SHERYL 550 MOHAWK DR APT 56 BOULDER, CO  80303-3775 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED INDEMNIFICATION AGREEMENT DTD 4/24/2009 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | KLEHM III, WILLIAM G. 1716 VALERIA ST AUSTIN, TX  78704 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE PROPRIETARY INFORMATION AGREEMENT DTD 2/4/2004 | KLEHM III, WILLIAM G. 1716 VALERIA ST AUSTIN, TX  78704 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DTD 5/3/2007 AGREEMENT AND GENERAL RELEASE DTD 2/7/2018 | KLEHM III, WILLIAM G. 1716 VALERIA ST AUSTIN, TX  78704 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN #3 TO PROFESSIONAL SERVICES AGREEMENT DTD 2/13/2009 PROJECT PLAN #3 | LEE DAVIS 467 MADISON ST. DENVER, CO  80206 |
| | **State the term remaining** | TERM DATE: 6/30/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    Fallbrook Technologies Inc.    Case number (if known) 18-10384
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN #4 TO PROFESSIONAL SERVICES AGREEMENT DTD 2/13/2009 PROJECT PLAN #4 DTD 7/1/2015 | LEE DAVIS 467 MADISON ST. DENVER, CO 80206 |
| | **State the term remaining** | TERM DATE: 6/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | LEE H DAVIS REVOCABLE TRUST DTD 9/1/1975 ATTN: LEE H DAVIS, TRUSTEE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | LEE H. DAVIS TRUST FBO KIMBERLY DAVIS SPERLING ATTN: LEE DAVIS 1700 LINCOLN STREET, SUITE 2550 DENVER, CO 80203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | LEE H. DAVIS TRUST FBO WENDY DAVIS SCHMITZ ATTN: LEE DAVIS 1700 LINCOLN STREET, SUITE 2550 DENVER, CO 80203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING SERVICES AGREEMENT DTD 7/19/2012 AMEND AND RESTATE THE AMENDED AND RESTATED LICENSE AGREEMENT DTD 10/14/2010 | LTS CAPITAL PARTNERS SUCCESSOR TO VIRYD AS LICENSEE ATTN RICK INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | LTS CAPITAL PARTNERS-FALLBROOK VI, LLC ATTN: RICHARD INTRATER, MANAGER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | LTS CAPITAL PARTNERS-FALLBROOK VI, LLC ATTN: RICHARD INTRATER, MANAGER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | LTS CAPITAL PARTNERS-FALLBROOK VII, LLC ATTN: RICHARD INTRATER, MANAGER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | MADISON VENTURES LLC ATTN: LEE DAVIS 2400 E. CHERRY CREEK DRIVE SOUTH 406 DENVER, CO 80209 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | MADISON VENTURES LLC ATTN: LEE H DAVIS, MANAGER 2400 CHERRY CREEK SOUTH DR UNIT 406 DENVER, CO 80209 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE NO. 101760 EQUIPMENT LEASE DTD 2/13/2014 | MAKINO INC ATTN: CUSTOMER FINANCING MANAGER 7680 INNOVATION WAY MASON, OH 45040 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE NO. 101760 EQUIPMENT LEASE DTD 2/13/2014 | MAKINO INC ATTN: LISA MURPHY 7680 INNOVATION WAY MASON, OH 45040-8003 |

Debtor    Fallbrook Technologies Inc.    Case 18-10384-MFW    Doc 126    Filed 03/26/18    Case number (if known) 18-10384    Page 71 of 111

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN #3 TO SERVICES ARGEEMENT DTD 11/1/2013 PROJECT PLAN #3 DTD 5/25/2017 | MECHANICAL LABORATORIES LLC ATTN: TIM GIESE, OWNER 5120 ST. ANTHONY AVENUE WHITE BEAR TOWNSHIP, MN  55110 |
| | **State the term remaining** | TERM DATE: 12/31/2018 | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES ARGEEMENT DTD 11/1/2013 PROVIDING ENGINEERING SERVICES | MECHANICAL LABORATORIES LLC ATTN: TIM GIESE, OWNER 5120 ST. ANTHONY AVENUE WHITE BEAR TOWNSHIP, MN  55110 |
| | **State the term remaining** | TERM DATE: 5/1/2014 | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION | MELTWATER NEWS US INC ATTN: BEN SABIN, MANAGING DIRECTOR 225 BUSH ST STE 1000 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION | MELTWATER NEWS US INC ATTN: BEN SABIN, MANAGING DIRECTOR 225 BUSH ST STE 1000 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | TERM DATE: 3/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN TO SERVICES AGREEMENT PROJECT PLAN | MERIDIAN ASSET MANAGEMENT INC. ATTN: JOHN C. FLEMING, PRESIDENT 9 SWIFTWATER TRAIL AUSTIN, TX  78738 |
| | **State the term remaining** | TERM DATE: 9/13/2018 | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 9/13/2017 PROVIDING BUSINESS DEVELOPMENT SERVICES | MERIDIAN ASSET MANAGEMENT INC. ATTN: JOHN C. FLEMING, PRESIDENT 9 SWIFTWATER TRAIL AUSTIN, TX  78738 |
| | **State the term remaining** | TERM DATE: 9/13/2018 | |
| | **List the contract number of any government contract** | | |

Debtor   Fallbrook Technologies Inc.   Case 18-10384-MFW   Doc 126   Filed 03/26/18   Case number (if known) 18-10384   Page 72 of 111

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.155 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014<br>RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | MILLENNIUM TRUST COMPANY<br>FBO: MYRON R PARR TRADITIONAL IRA<br>577 W. QUIET SPRINGS DRIVE<br>ORO VALLEY, AZ  85755 |
| 2.156 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED LETTER AGREEMENT DTD 1/5/2017<br>AMENDS AND RESTATES THE WARRANTY MODIFICATION DTD 10/13/2016 | MOTIVATE<br>5202 3RD AVENUE<br>BROOKLYN, NY |
| 2.157 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 12/15/2017<br>MEMORIALIZES THE TERMS FOR SERVICES OF MR. SULLIVAN TO FALLBROOK AS A BOARD MEMBER | MTS ADVISORY LLC<br>ATTN: MICHAEL T. SULLIVAN<br>35 E 38TH ST.<br>APT 5A<br>NEW YORK, NY  10016 |
| 2.158 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT DTD 6/13/2017 | NAPINO AUTO & ELECTRONICS LTD<br>ATTN: NAVEEN KUMAR<br>SEC-3 PLOT NO. 7, SECTOR 3<br>IMT MANESAR<br>DISTT-GURGAON (HARYANA)  122050<br>INDIA |
| 2.159 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIRMED CONTRACTUAL MANAGEMENT RIGHTS AS ACCORDING TO SERIES D PREFERRED STOCK PURCHASE AGREEMENT<br>RE: MANAGEMENT RIGHTS | NGEN III, L.P.<br>1114 STATE STREET<br>SUITE 247<br>SANTA BARBARA, CA  93101 |
| 2.160 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | NGEN III, L.P.<br>ATTN: PETER SH GRUBSTEIN, MANAGING DIRECTOR<br>733 THIRD AVE<br>18TH FL<br>NEW YORK, NY  10017 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 8/19/2010 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 1/11/2010 | NGEN PARTNERS III, L.L.C.<br>733 THIRD AVENUE<br>18TH FLOOR<br>NEW YORK, NY 10017 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 8/19/2010 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 1/11/2010 | NINGBO SHENTONG AUTO DECORATIONS CO. LTD.<br>NO. 788, TANJIALING WEST ROAD<br>YUYAO CITY<br>ZHEJIANG<br>CHINA |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT DTD 1/2018 | NOVOPLM INC.<br>7460 WARREN PARKWAY, SUITE 100<br>FRISCO, TX 75034 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROJECT PLAN TO SERVICES AGREEMENT DTD 7/27/2017 PROJECT PLAN | NTT DATA ROMANIA S.A.<br>ATTN: DANIEL METZ, ADMINISTRATOR<br>19-21 CONSTANTA STREET<br>CLUJ-NAPOCA 400158<br>ROMANIA |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 7/27/2017 PROVIDING SOFTWARE DESIGN AND CONSULTING SREVICES<br><br>TERM DATE: 7/27/2018 | NTT DATA ROMANIA S.A.<br>ATTN: DANIEL METZ, ADMINISTRATOR<br>19-21 CONSTANTA STREET<br>CLUJ-NAPOCA 400158<br>ROMANIA |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | NW PRIVATE DEBT LLC<br>ATTN: MICHAEL O'NEIL, AUTHORIZED SIGNATORY |

Debtor    Fallbrook Technologies Inc.    Case 18-10384-MFW    Doc 126    Filed 03/26/18    Case number (if known) 18-10384    Page 74 of 111

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 8/11/2017 | OCEAN TOMO INVESTMENT GROUP, LLC<br>ATTN: ROY DSOUZA<br>200 W. MADISON, 37TH FLOOR<br>CHICAGO, IL  60606 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE PROPRIETARY INFORMATION AGREEMENT DTD 9/27/2010 | O'LEARY, SHARON A<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 10/4/2010 | O'LEARY, SHARON A<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 3/27/2014 AMENDS EMPLOYMENT AGREEMENT DTD 10/4/2010 | O'LEARY, SHARON A<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DTD 9/27/2010 | O'LEARY, SHARON A<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 10/4/2010 | O'LEARY, SHARON A<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX  78613 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.173** **State what the contract or lease is for and the nature of the debtor's interest** FOR SERVICES TESTING EBIKES WITH REAR ECVP TECH INDEPENDENT CONTRACTOR SERVICES AGREEMENT DTD 1/17/2018 **State the term remaining** TERM DATE: 2/28/2018 **List the contract number of any government contract** | ORMISTON, GARSON 5302 HALWILL PLACE AUSTIN, TX 78723 |
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** CONSULTING AGREEMENT DTD 4/10/2017 **State the term remaining** MONTH TO MONTH **List the contract number of any government contract** | PATERSON, JOSEPH F 15 ENCINITAS DRIVE JOHNSON CITY, TX 78636 |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** CONSULTING AGREEMENT DTD 4/10/2017 PROJECT PLAN **State the term remaining** **List the contract number of any government contract** | PATERSON, JOSEPH F 15 ENCINITAS DRIVE JOHNSON CITY, TX 78636 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** PRODUCT: PATSNAP DATABASE & 3D-LANDSCAPING PATSNAP ORDER CONFIRMATION FORM **State the term remaining** TERM DATE: 4/1/2019 **List the contract number of any government contract** | PATSNAP (UK) LTD. ATTN: RAYMOND ZREIK, CONSULTANT BUILDING 11, CHISWICK BUSINESS PARK 566 CHISWICK HIGH ROAD LONDON W4 5YS UNITED KINGDOM |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** REGISTRATION RIGHT AGREEMENT DTD 1/29/2015 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 7/7/2014 **State the term remaining** **List the contract number of any government contract** | PHOENIX LIFE INSURANCE COMPANY ONE AMERICAN ROW PO BOX 5056 HARTFORD, CT 06102 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 **State the term remaining** **List the contract number of any government contract** | PHOENIX LIFE INSURANCE COMPANY ONE AMERICAN ROW PO BOX 5056 HARTFORD, CT 06102 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PHYSICAL DISTRIBUTION CONDITIONS DTD 9/1/2000 | PHYSICAL DISTRIBUTION GROUP <br> PO BOX 3008 <br> ZOETERMEER 2700 KS <br> THE NETHERLANDS |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GENERAL TERMS OF PURCHASE DTD 12/2/2015 | PIAGGIO & C SPA <br> ATTN: CARLO COPPALA <br> VIALE RINALDO PIAGGIO NO 25 <br> PONTADERA 56025 <br> ITALY |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   TERM DATE: 10/1/2018 <br><br> **List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT DTD 10/1/2016 | PIAGGIO & C SPA <br> ATTN: DIEGO GRAFFI <br> VIALE RINALDO PIAGGIO NO 25 <br> PONTADERA 56025 <br> ITALY |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   TERM DATE: 4/1/2020 <br><br> **List the contract number of any government contract** | ENGINEERING SERVICES AGREEMENT DTD 4/1/2017 | PIERBURG PUMP TECHNOLOGY GMBH <br> ALFRED-PIERBURG-STR 1 <br> NEUSS 41460 <br> GERMANY |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   TERM DATE: 6/30/2020 <br><br> **List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DTD 2/13/2009 PROJECT PLAN #4 AGREEMENT DTD 7/1/2015 | POMERANTZ, ERNEST H <br> 430 EAST 48TH STREET <br> NEW YORK, NY 10028 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   TERM DATE: 8/27/2018 <br><br> **List the contract number of any government contract** | INVOICE# 43482, REFERENCE# 44452 PROPHIX SOFTWARE INC INVOICE | PROPHIX SOFTWARE INC. <br> 350 BURNHAMTHORPE RD. W <br> SUITE 1000 <br> MISSISAUGA, ON L5B 3J1 <br> CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.185 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | RELEASE AND INDEMNITY AGREEMENT DTD 10/22/2008 | RICHARD L. INTRATER <br>104 TIBURON BLVD, STE 200 <br>MILL VALLEY, CA  94941 |
| 2.186 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | CONFIRMED CONTRACTUAL MANAGEMENT RIGHTS AS ACCORDING TO SERIES D PREFERRED STOCK PURCHASE AGREEMENT RE: MANAGEMENT RIGHTS | ROBECO CLEAN TECH CO-INVESTMENT FUND II, L.P. <br>ATTN: J. JORIS AERNS, DIRECTOR <br>HEAD OF LEGAL INVESTMENT SUPPORT <br>COOLSINGEL 120 <br>ROTTERDAM  3011 AG <br>THE NETHERLANDS |
| 2.187 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 8/19/2010 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 1/11/2010 | ROBECO CLEAN TECH CO-INVESTMENT FUND II, L.P. <br>ATTN: J. JORIS AERNS, DIRECTOR <br>HEAD OF LEGAL INVESTMENT SUPPORT <br>COOLSINGEL 120 <br>ROTTERDAM  3011 AG <br>THE NETHERLANDS |
| 2.188 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | PROJECT PLAN #1 TO SERVICES AGREEMENT DTD 7/1/2014 PROJECT PLAN #1 DTD 7/1/2014 | ROBERT MEYER <br>338 HARBOR VILLAGE POINT N. <br>PALM COAST, FL  32137 |
| 2.189 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining**  TERM DATE: 7/1/2019 <br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 7/1/2014 PROVIDING BUSINESS DEVELOPMENT SERVICES | ROBERT MEYER <br>338 HARBOR VILLAGE POINT N. <br>PALM COAST, FL  32137 |
| 2.190 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | NUVINCI AUTHENTIC ARTWORK AGREEMENT | RODELL MOBILITY <br>ATTN: MJALMAR DE MUNK, OWNER <br>ACHTER DEN ENGELSCHEN PISPOT 7 <br>S-HERTOGENBOSCH  5211 KG <br>NETHERLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DTD 2/11/2018 | ROGER J. WOOD<br>9888 VINCENT RD<br>LEVERING, MI 49755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | ROGER J. WOOD<br>9888 VINCENT RD<br>LEVERING, MI 49755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | EUROPEAN PATENT APPLICATION NO. 05028709<br>PATENT PURCHASE AGREEMENT DTD 12/30/2006 | ROTREX A/S<br>HERLEV HOVEDGADE 17<br>HERLEV  DK-2730<br>DENMARK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | VENUE VIRTUAL DATA ROOM PROPOSAL DTD 3/2/2016 | RR DONNELLY VENUE<br>ATTN: BRIAN BAIRD, ACCOUNT DIRECTOR<br>4350 LA JOLLA VILLAGE DR, #300<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | VENUE VIRTUAL DATA ROOM PROPOSAL DTD 3/2/2016 | RR DONNELLY VENUE<br>ATTN: MIKE METZ, MANAGING DIRECTOR<br>4350 LA JOLLA VILLAGE DR, #300<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 7/20/2017 TAX SERVICES | RSM US LLP<br>44 MONTGOMERY STREET, SUITE 3900<br>SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. TAC - 01 DTD 1/5/2018 ACCOUNTING SERVICES | RSM US LLP 44 MONTGOMERY STREET, SUITE 3900 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | RUSSELL H. LEWIS 360 E DESERT INN RD LAS VEGAS, NV 89109 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE OF CENTEX RECORDS MANAGEMENT COMPANY DTD 7/1/2016 SIDE LETTER DTD 7/13/2016 | SAFESITE INC ATTN: DAN TAYLOR, GENERAL MANAGER 9505 JOHNNY MORRIS ROAD AUSTIN, TX 78724 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT DTD 1/17/2018 | SALAZAR, SEBASTIAN 3710 HARMON AVENUE AUSTIN, TX 78705 |
| | **State the term remaining** | TERM DATE: 2/28/2018 | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE SUPPLY AGREEMENT DTD 10/2/2012 | SANTOLUBES MANUFACTURING LLC ATTN: GEORGE E GARRISON 2155 WEST CROFT CIRCLE SPARTANBURG, SC 29302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | THREE-PARTY ESCROW SERVICE AGREEMENT DTD 10/5/2012 | SANTOLUBES MANUFACTURING LLC ATTN: GEORGE E GARRISON 2155 WEST CROFT CIRCLE SPARTANBURG, SC 29302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Fallbrook Technologies Inc.    Case 18-10384-MFW    Doc 126    Filed 03/26/18    Case number (if known) 18-10384    Page 80 of 111

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN TO SERVICES AGREEMENT DTD 6/21/2017 PROJECT PLAN DTD 6/21/2017 | SCHOOLCRAFT POWER TRAIN ATTN: RONALD J SCHOOLCRAFT, PROPRIETOR 2040 COUNTRY CLUB ROAD MARTINSVILLE, IN  46151 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 6/21/2017 PROVIDING ENGINEERING AND CONSULTING SERVICES | SCHOOLCRAFT POWER TRAIN ATTN: RONALD J SCHOOLCRAFT, PROPRIETOR 2040 COUNTRY CLUB ROAD MARTINSVILLE, IN  46151 |
| | **State the term remaining** | TERM DATE: 6/21/2018 | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGE COUNTERPARTY TO SERVE AS VP, BUSINESS DEVELOPMENT FOR COMPANY EMPLOYMENT AGREEMENT DTD 1/2/2017 | SHAGRIN, AARON 6206 HIGHLAND HILLS DR AUSTIN, TX  78731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | EOMPLOYEE PROPRIETARY INFORMATION, NON-COMPLETE AND NON-SOLICITATION AGREEMENT DTD 1/2/2017 | SHAGRIN, AARON 6206 HIGHLAND HILLS DR AUSTIN, TX  78731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO EMPLOYMENT AGREEMENT DTD 6/19/2017 AMENDS EMPLOYMENT AGREEMENT DTD 1/2/2017 | SHAGRIN, AARON 6206 HIGHLAND HILLS DR AUSTIN, TX  78731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNIFICATION AGREEMENT DTD 1/2/2017 | SHAGRIN, AARON 6206 HIGHLAND HILLS DR AUSTIN, TX  78731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCOMPANY SERVICES AGREEMENT DTD 1/1/2017 | SHANGHAI FALLBROOK TRADING COMPANY, LTD.<br>505 CYPRESS CREEK RD.<br>SUITE L<br>CEDAR PARK, TX 78613<br>CHINA |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WRITTEN LETTER OF ENGAGEMENT DTD 12/1/2017 | SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022-6069 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014<br>RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | SHERR, ROBERT<br>P.O. BOX 3411<br>RANCHO SANTA FE, CA 92067 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  TERM DATE: 6/30/2018<br><br>**List the contract number of any government contract** | AMENDMENT TO PROJECT PLAN #3 DTD 1/1/2018<br>AMENDS PROJECT PLAN #3 DTD 10/17/2013 | SINNEMA, JASON<br>D/B/A AMENNIS DESIGNS<br>1704 ULLRICH AVENUE<br>AUSTIN, TX 78756 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DTD 10/17/2013 | SINNEMA, JASON<br>D/B/A AMENNIS DESIGNS<br>1704 ULLRICH AVENUE<br>AUSTIN, TX 78756 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION AGREEMENT DTD 9/30/2012 | SMITHSON, ROBERT<br>2408 POWDERHAM LN<br>CEDAR PARK, TX 78613 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | FIBER INTERNET ACCESS SERVICE LEVEL AGREEMENT | SPECTRUM ENTERPRISE 400 ATLANTIC STREET, 10TH FLOOR STAMFORD, CT 06901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | SPECTRUM CUSTOMER SERVICE ORDER ORDER # 9061215 | SPECTRUM ATTN: HOWARD BEECHER 400 ATLANTIC STREET, 10TH FLOOR STAMFORD, CT 06901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | STAPLES FACILITY SOLUTIONS EQUIPMENT LEASE AGREEMENT DTD 10/21/2016 LOAN OF CERTAIN COFFEE DISPENSING SYSTEMS | STAPLES CONTRACT & COMMERCIAL, INC. ATTN: GENERAL COUNSEL 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | STAPLES FACILITY SOLUTIONS EQUIPMENT LEASE AGREEMENT DTD 10/21/2016 LOAN OF CERTAIN COFFEE DISPENSING SYSTEMS | STAPLES CONTRACT & COMMERCIAL, INC. ATTN: MICHAEL WOMACK, AREA SALES MANAGER, INSIDE FACILITIES MANAGER 500 STAPLES DRIVE FRAMINGHAM, MA 01702 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | PROJECT PLAN TO SERVICES AGREEMENT DTD 8/25/2017 PROJECT PLAN | STEVEN PRICE 11219 100TH AVE NE KIRKLAND, WA 98033 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DTD 8/25/2017 PROVIDING ENGINEERING SUPPORT SERVICES | STEVEN PRICE 11219 100TH AVE NE KIRKLAND, WA 98033 |
| | State the term remaining | TERM DATE: 8/25/2018 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIRMED CONTRACTUAL MANAGEMENT RIGHTS AS ACCORDING TO SERIES D PREFERRED STOCK PURCHASE AGREEMENT RE: MANAGEMENT RIGHTS | STICHTING CUSTODY ROBECO MASTER CLEAN TECH II (EUR) ATTN: J. JORIS AERNS, DIRECTOR HEAD OF LEGAL INVESTMENT SUPPORT COOLSINGEL 120 ROTTERDAM 3011 AG THE NETHERLANDS |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REGISTRATION RIGHT AGREEMENT DTD 8/19/2010 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 1/11/2010 | STICHTING CUSTODY ROBECO MASTER CLEAN TECH II (EUR) ATTN: J. JORIS AERNS, DIRECTOR HEAD OF LEGAL INVESTMENT SUPPORT COOLSINGEL 120 ROTTERDAM 3011 AG THE NETHERLANDS |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIRMED CONTRACTUAL MANAGEMENT RIGHTS AS ACCORDING TO SERIES D PREFERRED STOCK PURCHASE AGREEMENT RE: MANAGEMENT RIGHTS | STICHTING CUSTODY ROBECO MASTER CLEAN TECH II (USD) ATTN: J. JORIS AERNS, DIRECTOR HEAD OF LEGAL INVESTMENT SUPPORT COOLSINGEL 120 ROTTERDAM 3011 AG THE NETHERLANDS |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REGISTRATION RIGHT AGREEMENT DTD 8/19/2010 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 1/11/2010 | STICHTING CUSTODY ROBECO MASTER CLEAN TECH II (USD) ATTN: J. JORIS AERNS, DIRECTOR HEAD OF LEGAL INVESTMENT SUPPORT COOLSINGEL 120 ROTTERDAM 3011 AG THE NETHERLANDS |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INDEMNIFICATION AGREEMENT DTD 12/15/2017 PROVIDE INDEMNIFICATION OF AND ADVANCEMENT OF EXPENSES TO COUNTERPARTY | SULLIVAN, MICHAEL T. 35 E38TH STREET, APT 5A NEW YORK, NY 10016 |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   TERM DATE: 7/31/2018<br><br>List the contract number of any government contract | SERVICES AGREEMENT DTD 1/25/2015 PROJECT PLAN #2 DTD 7/31/2017 | TANNER, ERIC 1601 COUNTRY RD 107 HUTTO, TX 78634 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER AND FEE AGREEMENT DTD 8/10/2016 PROVIDE LEGAL SERVICES | TAYLOR WESSING ATTN: MARC MULLER AM SANDTORKAI 41 HAMBURG  20457 GERMANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED DEVELOPMENT AND LICENSE AGREEMENT DTD 4/1/2014 AMENDS DEVELOPMENT AND LICENSE AGREEMENT DTD 10/17/2012 | TEAM INDUSTRIES INC 105 PARK AVE NW BAGLEY, MN |
| | **State the term remaining** | TERM DATE: 4/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDS ENGINEERING SERVICES AGREEMENT DTD 10/17/2012 WORK ORDER #4 DTD 5/8/2017 | TEAM INDUSTRIES INC ATTN: BRUCE YOUNGGREN 105 PARK AVE NW BAGLEY, MN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING SERVICES AGREEMENT DTD 10/16/2012 | TEAM INDUSTRIES INC ATTN: DAVID W RICKE 105 PARK AVE NW BAGLEY, MN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED DEVELOPMENT AND LICENSE AGREEMENT DTD 4/1/2014 AMENDS DEVELOPMENT AND LICENSE AGREEMENT DTD 10/17/2012 | TEAM INDUSTRIES INC ATTN: TONY PASSANANTE 1637 DAN ST DETROIT LAKES, MN  56501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE NUMBER 001-0073157-04 EQUIPMENT LEASE AGREEMENT | TEXAS IMAGING SYSTEMS 2003 ATKINSON DRIVE LUFKIN, TX  75901 |
| | **State the term remaining** | 36 MONTHS | |
| | **List the contract number of any government contract** | | |

         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE NUMBER 001-0073157-04 EQUIPMENT LEASE AGREEMENT | TEXAS IMAGING SYSTEMS 2600 LONGHORN BLVD #102 AUSTIN, TX  78758 |
| | **State the term remaining** | 36 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE NUMBER 001-0073157-04 EQUIPMENT LEASE AGREEMENT | TEXAS IMAGING SYSTEMS 9901 BROADWAY #113 SAN ANTONIO, TX  78217 |
| | **State the term remaining** | 36 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | THE LEE H. DAVIS LEGACY TRUST FBO KIMBERLY DAVIS SPERLING 2400 CHERRY CREEK SOUTH DRIVE, UNIT 406 DENVER, CO  80209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | THE LEE H. DAVIS LEGACY TRUST FBO WENDY DAVIS SCHMITZ 2400 CHERRY CREEK SOUTH DRIVE, UNIT 406 DENVER, CO  80209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 6/1/2017 STATEMENT OF WORK #1 DTD 6/1/2017 | THE RIDE GROUP LLC ATTN: LEGAL COUNSEL 123 WEST NYE LANE CARSON CITY, NV  89706 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 6/1/2017 | THE RIDE GROUP LLC ATTN: LEGAL COUNSEL 123 WEST NYE LANE CARSON CITY, NV  89706 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | THE WEISS FAMILY TRUST 6/29/88 2400 CHERRY CREEK SOUTH DRIVE, UNIT 406 DENVER, CO  80209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | THE WOOLF FAMILY TRUST DATED APRIL 16TH 1991 2400 CHERRY CREEK SOUTH DRIVE, UNIT 406 DENVER, CO  80209 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE PAYMENT AGREEMENT DTD 6/1/2015 | THOMPSON, JIM P.O. BOX 87 JOHNSON CITY, TX  78636-0087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERENCE PAYMENT AGREEMENT DTD 6/1/2015 | THOMPSON, JIM P.O. BOX 87 JOHNSON CITY, TX  78636-0087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | FEASIBILITY AGREEMENT DTD 7/27/2017 | THOMSON, STEPHEN D/B/A THOMSON SUPERCHARGERS 215 ROUTE 3A HILL, NH  03243 |
| | **State the term remaining** | TERM DATE: 7/27/2018 | |
| | **List the contract number of any government contract** | | |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED MANUFACTURING AND SUPPLY AGREEMENT DTD 11/18/2016 AMENDS AMENDED AND RESTATED MANUFACTURING AND SUPPLY AGREEMENT DTD 5/15/2015 AND AMENDED BY AMENDMENT DTD 10/20/2015 | TRI STAR INC ATTN: JOHNNY LIU 11G, 720 PUDONG AVE SHANGHAI  200120 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Fallbrook Technologies Inc.   Case 18-10384-MFW   Doc 126   Filed 03/26/18   03/26/18 as known to the debtor   Page 87 of 111

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSET PURCHASE AGREEMENT DTD 3/19/2014 | TRIDAKO LTD<br>ATTN: CHIEF EXECUTIVE OFFICER<br>5610 PERKINS ROAD<br>ALLIANCE, NE  69301 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO SERVICES AGREEMENT EXHIBIT A DTD 10/1/2014 AMENDS SERVICES AGREEMENT DTD 4/1/2014 | TRIDAKO LTD<br>ATTN: DAN KOCH<br>5610 PERKINS ROAD<br>ALLIANCE, NE  69301 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSET PURCHASE AGREEMENT DTD 3/19/2014<br>LETTER AGREEMENT DTD 4/1/2014 | TRIDAKO LTD<br>ATTN: DAN KOCH<br>5610 PERKINS ROAD<br>ALLIANCE, NE  69301 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | TRISTAR INC<br>ATTN: JOHNNY LIU, CEO<br>11G, 720 PUDONG AVE<br>SHANGHAI  200120<br>CHINA |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 7/7/2017 AMENDS CERTAIN LETTER AGREEMENT DTD 7/7/2017 | TRUMP SECURITIES LLC<br>D/B/A VERSARI PRIVATE CAPITAL ADVISORY<br>39 BROADWAY<br>SUITE 3300<br>NEW YORK, NY  10006-3003 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1-2BISXXV<br>COMMERCIAL SALES AGREEMENT DTD 4/6/2017 | TYCO INTEGRATED SECURITY LLC<br>ATTN: DAVID NELSON<br>1608 ROYSTON LANE<br>ROUND ROCK, TX  78864-9508 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1-2BN0KX7 COMMERCIAL SALES AGREEMENT DTD 4/6/2017 | TYCO INTEGRATED SECURITY LLC ATTN: DAVID NELSON 1608 ROYSTON LANE ROUND ROCK, TX 78864-9508 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE #1-2BTKWXT COMMERCIAL SALES AGREEMENT DTD 9/29/2016 | TYCO INTEGRATED SECURITY LLC ATTN: DAVID NELSON 1608 ROYSTON LANE ROUND ROCK, TX 78864-9508 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF AGREEMENT DTD 9/11/2017 | UNITED PARCEL SERVICE NEDERLAND BV ATTN: ROEL GEURTS, ACCOUNT EXECUTIVE ZANDSTEEN 22 PO BOX 685 HOOFDDORP 2130 AR THE NETHERLANDS |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DTD 4/19/2016 PROJECT PLAN #1 DTD 4/19/2016 | VENKATRAMAN, APARNA 10121 TULAROSA PASS AUSTIN, TX 78726 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDED AND RESTATED LICENSE AGREEMENT DTD 7/19/2012 AMENDS AMENDED AND RESTATED LICENSE AGREEMENT DTD 10/14/2010<br><br>TERM DATE: 11/25/2022 | VIRYD III SERIES OF LTS CAPITAL PARTNERS II LLC C/O BRYAN CAVE LLP ATTN JAMES PRYDE, ESQ 1200 MAIN ST, STE 3500 KANSAS CITY, MO 64105 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE EXTENSION DTD 5/9/2014 AMENDS AND RESTATES THE LETTER AGREEMENT DTD 7/19/12 | VIRYD III SERIES OF LTS CAPITAL PARTNERS II LLC SUCCESSOR TO VIRYD TECHNOLOGIES INC ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED LICENSE AGREEMENT DTD 7/19/2012 AMENDS AMENDED AND RESTATED LICENSE AGREEMENT DTD 10/14/2010 | VIRYD III SERIES OF LTS CAPITAL PARTNERS II LLC SUCCESSOR TO VIRYD TECHNOLOGIES INC ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | TERM DATE: 11/25/2022 | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED LICENSE AGREEMENT DTD 7/19/2012, AS AMENDED BY THAT CERTAIN LETTER AGREEMENT DTD 5/9/2014 LETTER AMENDMENT DTD 1/25/2016 | VIRYD III SERIES OF LTS CAPITAL PARTNERS II LLC SUCCESSOR TO VIRYD TECHNOLOGIES INC ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED LICENSE AGREEMENT DTD 7/19/2012, AS AMENDED BY THOSE CERTAIN LETTER AGREEMENTS DTD 5/9/2014 AND 1/25/2016 LICENSE LETTER AMENDMENT DTD 5/3/2017 | VIRYD III SERIES OF LTS CAPITAL PARTNERS II LLC SUCCESSOR TO VIRYD TECHNOLOGIES INC ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DTD 11/25/2008 | VIRYD TECHNOLOGIES INC C/O LTS CAPITAL PARTNERS ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | PATENT ASSIGNMENT AGREEMENT DTD 2/20/2008 | VIRYD TECHNOLOGIES INC C/O LTS CAPITAL PARTNERS ATTN: RICHARD L INTRATER 104 TIBURON BLVD, STE 200 MILL VALLEY, CA 94941 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | VITTORIO GRIMALDI 29 RUE DU PORTIER MONTECARLO 98000 MONACO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT PLAN TO SERVICES AGREEMENT DTD 11/13/2017 PROJECT PLAN | WAYNE CONTELLO 10004 PALMBROOK DRIVE AUSTIN, TX 78717 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 11/13/2017 PROVIDING ENGINEERING SERVICES | WAYNE CONTELLO 10004 PALMBROOK DRIVE AUSTIN, TX 78717 |
| | **State the term remaining** | TERM DATE: 11/13/2018 | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 4/11/2016 PROJECT PLAN #1 | WEBER, JOHN 3451 MAYFIELD RANCH BLVD UNIT 369 ROUND ROCK, TX 78681 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 4/11/2016 PROJECT PLAN #1 | WEBER, JOHN 3451 MAYFIELD RANCH BLVD UNIT 369 ROUND ROCK, TX 78681 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 4/11/2016 | WEBER, JOHN 3451 MAYFIELD RANCH BLVD UNIT 369 ROUND ROCK, TX 78681 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | WEISS FAMILY TRUST DTD 6/28/1988 ATTN: GARY L WEISS, TRUSTEE PO BOX 5000 PMB 231 RANCHO SANTA FE, CA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | WEISS FAMILY TRUST DTD 6/29/1988<br>ATTN: GARY L WEISS, TRUSTEE<br>PO BOX 5000 PMB 231<br>RANCHO SANTA FE, CA |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DTD 2/13/2009 | WEISS, GARY L<br>P.O. BOX 5000 PMB 231<br>RANCHO SANTA FE, CA  92067-5000 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DTD 2/13/2009 PROJECT PLAN #4 DTD 7/1/2015 | WEISS, GARY L<br>P.O. BOX 5000 PMB 231<br>RANCHO SANTA FE, CA  92067-5000 |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNIFICATION AGREEMENT DTD 1/27/2016 | WOOD, ROGER<br>9988 VINCENT ROAD<br>LEVERING, MI  49755 |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERENCE PAYMENT AGREEMENT DTD 8/24/2017 | WORDEN, CHARLES<br>17903 HAYWORTH CV<br>PFLUGERVILLE, TX  78660 |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REGISTRATION RIGHT AGREEMENT DTD 7/7/2014 RELATES TO REGISTRATION RIGHTS AGREEMENT DTD 8/19/2010 | XAVIER MOSQUET<br>855 SHIRLEY RD<br>BIRMINGHAM, MI  48009 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESTRUCTURING SUPPORT AGREEMENT DTD 2/25/2018 | XAVIER MOSQUET<br>855 SHIRLEY RD<br>BIRMINGHAM, MI  48009 |

**Fill in this information to identify the case:**

Debtor    Fallbrook Technologies Inc.

United States Bankruptcy Court for the: District of Delaware

Case number   18-10384
(if known)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | ALLAN R. KAMMERER | ☑ D ☐ E/F ☐ G |
| 2.2   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | ALLISON TRANSMISSION, INC. | ☑ D ☐ E/F ☐ G |
| 2.3   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | ALLISON TRANSMISSION, INC., AS AGENT | ☑ D ☐ E/F ☐ G |
| 2.4   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | ANDREA S. POLLACK, TRUSTEE OF | ☑ D ☐ E/F ☐ G |
| 2.5   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | AUS LLC | ☐ D ☐ E/F ☑ G |
| 2.6   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | DAVIS AFFILIATES LLC | ☐ D ☐ E/F ☑ G |
| 2.7   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | DAVIS AFFILIATES, LLC | ☐ D ☐ E/F ☐ G |
| 2.8   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | DESIREE MINCARELLI | ☐ D ☐ E/F ☑ G |
| 2.9   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | DEVON ROAD FALLBROOK LLC | ☑ D ☐ E/F ☐ G |
| 2.10   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | EQUITY TRUST COMPANY CUSTODIAN | ☑ D ☐ E/F ☐ G |
| 2.11   FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX  78613 | EQUITY TRUST COMPANY CUSTODIAN FBO, LECHNER ROTH IRA | ☐ D ☐ E/F ☑ G |

Debtor    Fallbrook Technologies Inc.    (if known) 18-10384
       (Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | GARY L. WEISS, TRUSTEE OF THE | ☒ D ☐ E/F ☐ G |
| 2.13 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | HAROLD FEDER | ☒ D ☐ E/F ☐ G |
| 2.14 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | HAROLD FEDER | ☐ D ☐ E/F ☒ G |
| 2.15 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | IRA M LECHNER AND WINIFRED EILEEN HAAG FAMILY TRUST DTD 1/21/2000 | ☐ D ☐ E/F ☒ G |
| 2.16 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | JEFFREY BIRCHAK | ☒ D ☐ E/F ☐ G |
| 2.17 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | KAYNE CREDIT OPPORTUNITIES FUND (QP), LP | ☒ D ☐ E/F ☐ G |
| 2.18 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | KAYNE CREDIT OPPORTUNITIES FUND LP | ☐ D ☐ E/F ☒ G |
| 2.19 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | KAYNE CREDIT OPPORTUNITIES FUND QP LP | ☐ D ☐ E/F ☒ G |
| 2.20 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LAM FINANCIAL HOLDINGS, LTD., LLLP | ☒ D ☐ E/F ☐ G |
| 2.21 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LEE H DAVIS REVOCABLE TRUST DTD 9/1/1975 | ☐ D ☐ E/F ☒ G |
| 2.22 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LEE H. DAVIS TRUST | ☐ D ☐ E/F ☒ G |
| 2.23 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LEE H. DAVIS TRUST | ☐ D ☐ E/F ☒ G |
| 2.24 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LTS CAPTIAL PARTNERS--FALLBROOK VI LLC | ☐ D ☐ E/F ☒ G |
| 2.25 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | LTS CAPTIAL PARTNERS--FALLBROOK VII LLC | ☐ D ☐ E/F ☒ G |
| 2.26 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | MADISON VENTURES LLC | ☐ D ☐ E/F ☒ G |
| 2.27 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | MADISON VENTURES, LLC | ☒ D ☐ E/F ☐ G |
| 2.28 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | NGEN III LP | ☐ D ☐ E/F ☒ G |

Debtor   Fallbrook Technologies Inc.

(Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.29 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | NGEN III, L.P. | ☒ D ☐ E/F ☐ G |
| 2.30 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | NORMAN E. MURRAY & THUY N. MURRAY, TEN COM | ☒ D ☐ E/F ☐ G |
| 2.31 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | NW PRIVATE DEBT LLC | ☐ D ☐ E/F ☒ G |
| 2.32 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | PAUL J. HARDER | ☒ D ☐ E/F ☐ G |
| 2.33 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | PENSCO TRUST COMPANY | ☒ D ☐ E/F ☐ G |
| 2.34 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | PENSCO TRUST COMPANY | ☒ D ☐ E/F ☐ G |
| 2.35 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | PETER LINDER | ☒ D ☐ E/F ☐ G |
| 2.36 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | PHOENIX LIFE INSURANCE CO | ☐ D ☐ E/F ☒ G |
| 2.37 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | ROBIN GREY | ☒ D ☐ E/F ☐ G |
| 2.38 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | ROGER J. WOOD | ☒ D ☐ E/F ☐ G |
| 2.39 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | ROGER J. WOOD | ☐ D ☐ E/F ☒ G |
| 2.40 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | RUSSELL H. LEWIS | ☐ D ☐ E/F ☒ G |
| 2.41 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | RUSSELL H. LEWIS | ☒ D ☐ E/F ☐ G |
| 2.42 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | RUSSELL HEISE | ☒ D ☐ E/F ☐ G |
| 2.43 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | SHARON O'LEARY | ☒ D ☐ E/F ☐ G |
| 2.44 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | SUNWEST TRUST FBO DOUGLAS COPPOLA IRA | ☒ D ☐ E/F ☐ G |
| 2.45 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | THE BENJAMIN S. DAVIS 2012 GIFT TRUST | ☒ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.46 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | THE HAPKE FAMILY TRUST EST 5/3/91, | ☒ D ☐ E/F ☐ G |
| 2.47 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | THE SHANE A. JOHNSON TRUST | ☒ D ☐ E/F ☐ G |
| 2.48 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | THE STEPHENIE A. DAVIS 2012 GIFT TRUST | ☒ D ☐ E/F ☐ G |
| 2.49 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | TRISTAR INC | ☐ D ☐ E/F ☒ G |
| 2.50 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | VITTORIO GRIMALDI | ☐ D ☐ E/F ☒ G |
| 2.51 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | WEISS FAMILY TRUST DTD 6/28/1988 | ☐ D ☐ E/F ☒ G |
| 2.52 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | WEISS FAMILY TRUST DTD 6/29/1988 | ☐ D ☐ E/F ☐ G |
| 2.53 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | WILLIAM G. KLEHM, III | ☒ D ☐ E/F ☐ G |
| 2.54 | FALLBROOK TECHNOLOGIES INTERNATIONAL CO. | 505 CYPRESS CREEK ROAD, SUITE L CEDAR PARK, TX 78613 | XAVIER MOSQUET | ☐ D ☐ E/F ☒ G |

Fill in this information to identify the case:

Debtor   Fallbrook Technologies Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   18-10384
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/26/2018     ✗ /s/ Roy Messing
     MM / DD / YYYY      Signature of individual signing on behalf of debtor

Roy Messing
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fallbrook Technologies Inc.**
**Case No. 18-10384**
**Schedule A/B Exhibit 50.1 - Other Machinery, Fixtures, and Equipment (Excluding Farm Machinery and Equipment)**

| Description | Net Book Value | Valuation method | Current Value |
|---|---|---|---|
| Test Stand 3 | $ 36,833.69 | Straight Line Deprecation | $ 36,833.69 |
| Test Stand 2 | $ 3,582.27 | Straight Line Deprecation | $ 3,582.27 |
| Calypso Off-Line Work Station | $ 5,134.10 | Straight Line Deprecation | $ 5,134.10 |
| Test Process Cooling System | $ 1,784.00 | Straight Line Deprecation | $ 1,784.00 |
| Test Stand 30F | $ 57,160.03 | Straight Line Deprecation | $ 57,160.03 |
| Test Stand 30E | $ 57,160.03 | Straight Line Deprecation | $ 57,160.03 |
| ECA | $ 13,252.16 | Straight Line Deprecation | $ 13,252.16 |
| Leak Tester N380X PO09485 | $ 8,239.15 | Straight Line Deprecation | $ 8,239.15 |
| Upgrade Probe to Increase Precision on M | $ 5,428.51 | Straight Line Deprecation | $ 5,428.51 |
| KC-Mc3B8 Plate with Clamp and 3 Jaw chuc | $ 109.73 | Straight Line Deprecation | $ 109.73 |
| Contura G2 Lease (Serial Number 20130250 | $ 4,547.58 | Straight Line Deprecation | $ 4,547.58 |
| Forging Tools | $ 189.95 | Straight Line Deprecation | $ 189.95 |
| B35-0226-00 tooling fees | $ 262.25 | Straight Line Deprecation | $ 262.25 |
| B35-0226-00 tooling fees | $ 406.57 | Straight Line Deprecation | $ 406.57 |
| Air Compressor | $ 1,401.48 | Straight Line Deprecation | $ 1,401.48 |
| Makino V56I Vertical Machining Center | $ 88,577.04 | Straight Line Deprecation | $ 88,577.04 |
| Tooling Expense | $ 4,308.00 | Straight Line Deprecation | $ 4,308.00 |
| Tooling Expense | $ 2,665.14 | Straight Line Deprecation | $ 2,665.14 |
| Tooling | $ 15,260.33 | Straight Line Deprecation | $ 15,260.33 |
| C3 Front Shifter Housing Tool | $ 16,492.97 | Straight Line Deprecation | $ 16,492.97 |
| HHI Tooling | $ 23,584.54 | Straight Line Deprecation | $ 23,584.54 |
| ARC Tooling | $ 38,781.50 | Straight Line Deprecation | $ 38,781.50 |
| Worm Gear Tooling | $ 6,934.11 | Straight Line Deprecation | $ 6,934.11 |
| C8s Tooling | $ 47,022.52 | Straight Line Deprecation | $ 47,022.52 |
| Qty 3 of AC units for Bldg C | $ 6,528.49 | Straight Line Deprecation | $ 6,528.49 |
| New Battery, Crown Stand up Forklift - I | $ 3,829.98 | Straight Line Deprecation | $ 3,829.98 |
| Fume Hood | $ 4,916.79 | Straight Line Deprecation | $ 4,916.79 |
| Machine Shop CAM Computers | $ 5,052.05 | Straight Line Deprecation | $ 5,052.05 |
| Metrology Lab Upgrade Blue Light Scanner | $ 5,976.94 | Straight Line Deprecation | $ 5,976.94 |
| Comet L3D 2 5M | $ 81,585.07 | Straight Line Deprecation | $ 81,585.07 |
| Comet L3D 2 5M | $ 5,439.93 | Straight Line Deprecation | $ 5,439.93 |
| Thomas Tooling - Shaft Mold | $ 3,588.17 | Straight Line Deprecation | $ 3,588.17 |
| TSI - N330 tooling One turn Shifter | $ 10,000.45 | Straight Line Deprecation | $ 10,000.45 |
| Harmony Encoder System - Plan and Offer | $ 7,140.45 | Straight Line Deprecation | $ 7,140.45 |
| Shim Station For n80X builds | $ 19,177.69 | Straight Line Deprecation | $ 19,177.69 |
| FTI Tooling -Tri Star PO09807 | $ 8,079.19 | Straight Line Deprecation | $ 8,079.19 |
| Tri Star Tooling PO09025 | $ 59,934.06 | Straight Line Deprecation | $ 59,934.06 |
| AME Harmony 2.0A Prototype Hardware | $ 8,505.42 | Straight Line Deprecation | $ 8,505.42 |
| Champion Machine Tools HRT 160 | $ 11,681.28 | Straight Line Deprecation | $ 11,681.28 |
| TSI - Custom Printing Machine Enviolo | $ 43,894.46 | Straight Line Deprecation | $ 43,894.46 |
| Part Tooling - N380S X  PO09294 | $ 49,209.33 | Straight Line Deprecation | $ 49,209.33 |
| End Cap Tooling - Allegheny PO10058 | $ 46,492.43 | Straight Line Deprecation | $ 46,492.43 |
| | **$820,149.82** | | **$820,149.82** |

**Fallbrook Technologies Inc.**
**Case No. 18-10384**
**Schedule A/B Exhibit 50.2 - Leasehold Improvements**

| Description | Net Book Value | Valuation method | Current Value |
|---|---|---|---|
| CCBC Bathroom Buildout | $ 3,129.60 | Straight Line Deprecation | $ 3,129.60 |
| For the new Metrology Lab | $ 37.31 | Straight Line Deprecation | $ 37.31 |
| Test Relocation Electrical Distribution | $ 28,121.12 | Straight Line Deprecation | $ 28,121.12 |
| Test Relocation Electrical Distribution | $ 18,916.91 | Straight Line Deprecation | $ 18,916.91 |
| | **$50,204.94** | | **$50,204.94** |

| Debtor | Fallbrook Technologies Inc. | Case Number *(if known)* 18-10384 |
| --- | --- | --- |
| | Name | |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| KAYNE CREDIT OPPORTUNITIES FUND (QP), LP<br>C/O RICHARDS LAYTON  FINGER, PA<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE  19801 | LINE 2.15 | |
| KAYNE CREDIT OPPORTUNITIES FUND (QP), LP<br>C/O WILLKIE FARR GALLAGHER LLP<br>ATTN: LEONARD KLINGBAUM<br>787 SEVENTH AVENUE<br>NEW YORK, NY  10019-6099 | LINE 2.15 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **FALLBROOK TECHNOLOGIES INC., et al.**[1] | Case No. 18-10384 (MFW) |
| Debtors. | Jointly Administered |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

### Introduction

Fallbrook Technologies Inc., Fallbrook Technologies International Co., Hodyon, Inc., and Hodyon Finance, Inc.  (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise).  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Fallbrook Technologies Inc. (7116); Fallbrook Technologies International Co. (7837); Hodyon, Inc. (1078); and Hodyon Finance, Inc. (5973).  The Debtors' principal offices are located at 505 Cypress Creek Road, Suite L, Cedar Park, Texas 78613.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**.  On February 26, 2018 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 27, 2018, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [D.I. 28].

   **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 25, 2018, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on February 25, 2018**.

3. **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the period ended February 25, 2018**,** as set forth in the Debtors' books and records.  Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**.    Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property—Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements.  The Debtors have included on Schedule D (secured debt) lease obligations to the extent the lessor filed a UCC-1.  However,

nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6. **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a postpetition basis.  However, prepetition liabilities related to ordinary course wages and compensation and certain trade Claims may have been excluded from the Schedules to the extent the Claims have been paid postpetition.

7. **Insiders**.  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor, or *vice versa*.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. **Executory Contracts and Unexpired Leases**.  Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases, with the exception of certain confidentiality and non-disclosure agreements, have been set forth in Schedule G.

10. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

   a.  Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.  Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.  Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

12. **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

13. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Unless otherwise indicated, for purposes of the Schedules and Statements, where the Debtors' records are kept in Euros, an exchange rate of 1.229 was used to convert Euros to U.S. dollars.

14. **Intercompany.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

15. **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

16. **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Schedules

**Schedule A/B**.  Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

The Debtors maintain in their records detail on certain assets, including furniture, fixtures, equipment, machinery, and intangibles, that have been fully depreciated.  Those assets are not listed in Schedule A/B, as the Debtors may no longer be in possession of those assets.

> **Schedule A/B 2**.  The Debtors do not keep any petty cash on hand.

> **Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the open of business on February 26, 2018.  Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' cash management motion filed on the Petition Date.  *See* Docket No. 7.

> **Schedule A/B 11**.  Accounts receivable do not include intercompany receivables, which are listed on Schedule A/B 77.

> **Schedules A/B 15**.  Each Debtor's Schedule A/B includes its ownership interest, if any, in any subsidiaries.  In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.

6

Because (i) investments in subsidiaries and intercompany balances are not maintained on a subsidiary-by-subsidiary basis in Fallbrook's general ledger and (ii) the Debtors did not undertake a historical analysis to assign values to the subsidiary stock, the value of the interest in subsidiaries is listed as "unknown."

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55.  The Debtors' leasehold improvements appear on Schedule A/B 50.

**Schedule A/B 61.**  Internet domain names and websites for Fallbrook Technologies Inc., Fallbrook Technologies International, Hodyon Finance, and Hodyon are all reported at Fallbrook Technologies Inc., and included on Schedule A/B 61 for Fallbrook Technologies Inc.

**Schedule A/B 62.**  The Debtors have not assigned value to the licenses identified in Schedule A/B 62.  The fair market value of such licenses is dependent on numerous variables and factors.

**Schedule A/B 72.**  The net operating losses ("**NOL**") for the consolidated tax group are listed on Schedule A/B Question 72 for Fallbrook Technologies Inc.  The NOL is not listed on other members of the consolidated tax group.

**Schedule A/B 73.**  The Debtors have no interest in insurance policies or annuities.  In the event a Debtor prepaid for insurance, that amount is included in Schedule A/B 8.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their suppliers.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, were incurred before the Petition Date.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

The secured lenders included on Schedule D for Fallbrook Technologies Inc. and Fallbrook Technologies International Co. may have an interest in the same property.  The Senior Secured Notes (with Kayne Credit Opportunities Fund (QP), LP as agent) and the Bridge Notes share a first-priority security interest in substantially all of the assets of Debtors Fallbrook Technologies Inc. and Fallbrook Technologies International Co. on a pari passu basis.  Other secured lenders listed in Schedule D may have an interest in specific assets as identified on Schedule D.

The claim amounts for Kayne Credit Opportunities Fund (QP), LP and the individual bridge noteholders reflect accrued but unpaid interest through January 31, 2018.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2.  Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Any information contained in Schedule E/F part 2 with respect to potential litigation shall not be a binding admission or representation of the any Debtor's liability with respect to any of the potential suits and proceedings included therein.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases.  Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

**Schedule G**.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that

may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date. The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on Schedule G expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. Any listing of a Debtor on Schedule H is subject to the characterization of the underlying obligations made by such Debtor on its own Schedules. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Statements

**Statement 1**. The revenue amounts shown in response to this question are net of returns and allowances as reported on the Debtors' federal income tax returns.

9

**Statement 3**.  Statement 3 for Fallbrook Technologies Inc. includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date, where the aggregate value of payments made to a party in those 90 days is equal to or greater than $6,425, except for those made to insiders (which payments appear in response to Statement 4), made as part of regular and ordinary course payroll disbursements, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**.  The Debtors reserve all rights to dispute whether someone identified in response to Statement 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments and/or relocation reimbursement.  However, amounts paid on behalf of such employees for generally applicable employee benefit programs have not been included.  Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities.  The Debtors have only listed the Debtor entity that disbursed the payment.

Certain payments were made to Ankura Consulting Group after December 1, 2017, when Roy Messing was appointed Chief Restructuring Officer of Fallbrook Technologies Inc.  Those payments are listed on Statement 11.

**Statement 5**.  Statement 5 excludes goods returned in the ordinary course of business.

**Statement 6**.  The Debtors routinely incur setoffs resulting from the ordinary course of business with their vendors.  Such setoffs are consistent with the ordinary course practices in the Debtors' industry.  Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, Statement 6 excludes such setoffs.

**Statement 7**.  The actions described in response to Statement 7 are the responsive proceedings or pending proceedings of which the Debtors are actually aware.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  Further, Fallbrook Technologies Inc. is the "named insured" under substantially all of the Debtors' insurance policies.  Accordingly, losses that are covered by insurance are listed under Fallbrook Technologies Inc. even though they may relate to assets owned by (and income recognized by) other Debtors.

**Statement 11**.  Although the services of any entity who provided a Debtor with consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date

were provided for the benefit of all the Debtors, the payments for such services were made by Fallbrook Technologies Inc., and are, therefore listed on Fallbrook Technologies Inc.'s response to Statement 11.

The Debtors' current restructuring process began on December 1, 2017, with the execution of a forbearance agreement with its senior secured lender.  The payments listed on Statement 11 were made on account of the process that began on December 1, 2017.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 13**.  From time to time, and generally on an annual basis, the Debtors give away, to employees, certain obsolete equipment, primarily consisting of IT equipment that has been updated or replaced.  This equipment has, over the past two years, including square monitors that are not compatible with the Debtors' current computing equipment and systems, obsolete CPUs, old laptops that have been replaced, desktop printers that are broken or have been replaced and other related items that are no longer of use to the Debtors.  These annual giveaways save the Debtors the costs of disposal of such items, which can be significant.  Giveaways that took place in the two years prior to filing are listed on Statement 13.

**Statement 20**.  Off premises storage locations are owned and operated by independent third parties, including manufacturers.  As such, the Debtors are unable to determine all of the individuals with access to those storage locations.

**Statement 25**.  The Debtors' interests in indirect subsidiaries are included on Statement 25 for each of the Debtors.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27.**  From time to time, in the ordinary course of business, the Debtors may do an informal review of inventory at one of its locations.  A more complete physical inventory is performed once a year.  In 2016 and 2017, those inventories were performed in October.  Information for those complete physical inventories is listed on Statement 27.

**Statement 28.**  For purposes of Statement 28, the Debtors' officers, directors, managing members, general partners, shareholders with over 10% interest in the Debtors and members or other individuals in control of the Debtors have been included.  The Debtors' senior secured lender was not included for purposes of Statement 28.

Three Robeco entities collectively hold 10.71% of equity in Fallbrook Technologies Inc. on a fully diluted basis.